UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BOARD OF COMMISSIONERS OF THE SOUTHEAST LOUISIANA FLOOD PROTECTION AUTHORITY – EAST, INDIVIDUALLY AND AS THE BOARD GOVERNING THE ORLEANS LEVEE DISTRICT, THE LAKE BORGNE BASIN LEVEE DISTRICT, AND THE EAST JEFFERSON LEVEE DISTRICT, | * Civil action no. 2:13-cv-05410 <br> * <br> * Section: N <br> * <br> * Division: 3 <br> * <br> * <br> * Judge: Kurt D. Engelhardt <br> * <br> * Magistrate: Daniel E. Knowles, III |
| Plaintiff | * <br> * |
| v. | * <br> * |
| TENNESSEE GAS PIPELINE COMPANY, LLC, ET AL., | * <br> * <br> * |
| Defendants. | * |

## MOTION TO REMAND

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, the Board of Commissioners of the Southeast Louisiana Flood Protection Authority – East ("the Authority"), which moves to remand this matter to the Civil District Court for the Parish of Orleans because the Authority's state-court petition does not present any basis for this Court to exercise jurisdiction. And under 28 U.S.C. § 1447(c), the Authority also requests that this Court award it "just costs and any actual expenses, including attorney fees" that it has incurred as a result of the invalid removal.

Remand is appropriate in this instance because the allegations contained in the Authority's Petition do not present a claim created by federal law, do not raise a substantial issue of federal law, and do not provide any other statutory, Constitutional, or jurisprudential basis for the exercise of federal court jurisdiction.

1

629513v.1

For these reasons and those more fully discussed in the attached Memorandum in Support of Motion to Remand, the Authority respectfully requests that this Court grant its Motion to Remand, sending this matter back to the Civil District Court for the Parish of Orleans for further proceedings.

        Respectfully Submitted,

        */s/ Emma Elizabeth Antin Daschbach*
        Gladstone N. Jones, III
        (gjones@jonesswanson.com)
        Attorney Identification No. 22221
        Eberhard D. Garrison
        (egarrison@jonesswanson.com)
        Attorney Identification No. 22058
        Kevin E. Huddell
        (khuddell@jonesswanson.com)
        Attorney Identification No. 26930
        Emma Elizabeth Antin Daschbach
        (edaschbach@jonesswanson.com)
        Attorney Identification No. 27358
        **Jones, Swanson, Huddell & Garrison, L.L.C.**
        601 Poydras St., Suite 2655
        New Orleans, Louisiana 70130
        Telephone: (504) 523-2500
        Facsimile: (504) 523-2508

| | |
|---|---|
| James R. Swanson | J. Michael Veron |
| (jswanson@fishmanhaygood.com) | (mike@veronbice.com) |
| Attorney Identification No. 18455 | Attorney Identification No. 7570 |
| Brent B. Barriere | J. Rock Palermo III |
| (bbarriere@fishmanhaygood.com) | (rock@veronbice.com) |
| Attorney Identification No. 2818 | Attorney Identification No. 21793 |
| Benjamin D. Reichard | Alonzo P. Wilson |
| (breichard@fishmanhaygood.com) | (lon@veronbice.com) |
| Attorney Identification No. 31933 | Attorney Identification No. 13547 |
| **Fishman, Haygood, Phelps, Walmsley Willis & Swanson, L.L.P.** | Turner D. Brumby |
| | (turner@veronbice.com) |
| 201 St. Charles Ave. | Attorney Identification No. 33519 |
| Suite 4600 | Ashley E. Philen |
| New Orleans, Louisiana 70170 | (ashleyphilen@gmail.com) |
| Telephone: (504) 586-5252 | Attorney Identification No. 31285 |
| Facsimile: (504) 586-5250 | **Veron, Bice, Palermo & Wilson, L.L.C.** |

2

629513v.1

3

721 Kirby St. (70601)
P.O. Box 2125
Lake Charles, Louisiana 70602
Telephone: (337) 310-1600
Facsimile: (337) 310-1601

*Counsel for the Authority*

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2013, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system, which will send a notice of the electronic filing to the counsel of record for Defendants.

*/s/ Emma Elizabeth Antin Daschbach*

629513v.1