UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BOARD OF COMMISSIONERS OF THE SOUTHEAST LOUISIANA FLOOD PROTECTION AUTHORITY — EAST, INDIVIDUALLY AND AS THE BOARD GOVERNING THE ORLEANS LEVEE DISTRICT, THE LAKE BORGNE BASIN LEVEE DISTRICT, AND THE EAST JEFFERSON LEVEE DISTRICT, <br><br>　　　　　　　　　Plaintiff, <br><br>v. <br><br>TENNESSEE GAS PIPELINE COMPANY, LLC, et al., <br><br>　　　　　　　　　Defendants. | * * * * * * * * * * * * * * * * | Civil Action No. 2:13-cv-05410 <br><br>Section: N <br><br>Division: 3 <br><br>Judge: Nannette Jolivette Brown <br><br>Magistrate: Daniel E. Knowles, III |

**ORDER**

Considering the Motion for Leave to File Notice of Issuance of Supreme Court Judgment,

IT IS ORDERED that the motion is GRANTED.

New Orleans, Louisiana, this ____20th____ day of ____February____, 2014

_____
United States District Judge