# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BOARD OF COMMISSIONERS OF THE SOUTHEAST LOUISIANA FLOOD PROTECTION AUTHORITY — EAST, INDIVIDUALLY AND AS THE BOARD GOVERNING THE ORLEANS LEVEE DISTRICT, THE LAKE BORGNE BASIN LEVEE DISTRICT, AND THE EAST JEFFERSON LEVEE DISTRICT, | * * * * * * * * | Civil Action No. 2:13-cv-05410 <br><br> Section: N <br><br> Division: 3 <br><br> Judge: Nannette Jolivette Brown <br><br> Magistrate: Daniel E. Knowles, III |
| Plaintiff, | * * | |
| v. | * * | |
| TENNESSEE GAS PIPELINE COMPANY, LLC, et al., | * * * | |
| Defendants. | * * | |

## NOTICE OF ISSUANCE OF SUPREME COURT JUDGMENT

Following up on their January 15 notice to the Court, Defendants Chevron U.S.A. Inc., Union Oil Company of California, Chevron Pipeline Co., and Kewanee Industries, Inc. respectfully notify the Court that on February 18, 2014, the Supreme Court issued its judgment in *Mississippi ex rel. Hood v. AU Optronics, Inc.*, No. 12-1036, after the time for a petition for rehearing had expired. *See* S. Ct. R. 44.1, 45.3. *AU Optronics* reversed Fifth Circuit precedent concerning the numerosity requirement for "mass actions" under the Class Action Fairness Act ("CAFA"). Accordingly, Defendants withdraw their argument that CAFA supplies a basis for federal jurisdiction in this case.

| | Respectfully submitted, |
|---|---|
| KING & SPALDING LLP | KEAN MILLER LLP |
| Robert E. Meadows (*admitted pro hac vice*) <br> Jeremiah J. Anderson (*admitted pro hac vice*) <br> 110 Louisiana, Suite 4000 <br> Houston, Texas  77002 <br> Telephone: (713) 751-3200 <br> Facsimile: (713) 751-3290 <br> bmeadows@kslaw.com <br> jjanderson@kslaw.com <br><br> and <br><br> Ashley C. Parrish (*admitted pro hac vice*) <br> 1700 Pennsylvania Ave., N.W. <br> Washington, D.C.  20006 <br> Telephone: (202) 737-0500 <br> Facsimile: (202) 626-3737 <br> aparrish@kslaw.com | /s/ L. Victor Gregoire <br> L. Victor Gregoire (#22400) <br> Linda S. Akchin (#17904) <br> Charles S. McCowan, III (#19699) <br> 400 Convention Street, Suite 700 <br> Post Office Box 3513 (70821) <br> Baton Rouge, Louisiana  70802 <br> Telephone: (225) 387-0999 <br> Facsimile: (225) 388-9133 <br> victor.gregoire@keanmiller.com <br> linda.achkin@keanmiller.com <br> trey.mccowan@keanmiller.com <br><br> and <br><br> Michael R. Phillips (#21020) <br> 909 Poydras Street, Suite 1400 <br> New Orleans, Louisiana  70112 <br> Telephone: (504) 585-3050 <br> Facsimile: (504) 585-3951 <br> mike.phillips@keanmiller.com |

*Counsel for Chevron U.S.A. Inc., Union Oil Company of California, Chevron Pipeline Co., and Kewanee Industries, Inc.*

DATED:  February 19, 2014