UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BOARD OF COMMISSIONERS OF THE SOUTHEAST LOUISIANA FLOOD PROTECTION AUTHORITY – EAST, INDIVIDUALLY AND AS THE BOARD GOVERNING THE ORLEANS LEVEE DISTRICT, THE LAKE BORGNE BASIN LEVEE DISTRICT, AND THE EAST JEFFERSON LEVEE DISTRICT, <br><br>　Plaintiffs <br><br>　　　　　v. <br><br>TENNESSEE GAS PIPELINE COMPANY, LLC, ET AL., <br><br>　Defendants. | Civil action no. 2:13-cv-05410 <br><br> Section: G <br><br> Division: 3 <br><br> Judge: Nannette Jolivette Brown <br><br> Magistrate: Daniel E. Knowles, III |

**MOTION FOR LEAVE TO FILE MOTION FOR PARTIAL SUMMARY JUDGMENT WITH MEMORANDUM IN SUPPORT IN EXCESS OF PAGE LIMITS**

The plaintiffs—the Board of Commissioners of the Southeast Louisiana Flood Protection Authority-East, individually ("SLFPA-E"), and as the board governing the Orleans Levee District, the Lake Borgne Basin Levee District, and the East Jefferson Levee District ("the Levee Districts")—move this Court for leave to file a motion for partial summary judgment with memorandum in support that is in excess of the 25-page limit at LR 7.7.

The issues raised in the plaintiffs' Motion for Partial Summary Judgment Regarding Louisiana Act 544 require a detailed explanation of the legislative history of two bills from the 2014 Legislative Session, and a multi-pronged textual and constitutional analysis of the results of that process. Laying those issues out succinctly but thoroughly in order to assist the Court in resolution of this vital question in this lawsuit requires slightly more than the 25 pages allowed

1

by rule, and the plaintiffs accordingly request leave to file their motion for a partial summary judgment with a memorandum in support that is 36 pages in length.

Wherefore, the plaintiffs request entry of an order granting this request for leave to file a memorandum in support of their motion for partial summary judgment at 36 pages in length, 11 pages in excess of the limit under LR 7.7.

Respectfully Submitted,

*/s/ Emma Elizabeth Antin Daschbach*_____
Gladstone N. Jones, III
(gjones@jonesswanson.com)
Attorney Identification No. 22221
Eberhard D. Garrison
(egarrison@jonesswanson.com)
Attorney Identification No. 22058
Kevin E. Huddell
(khuddell@jonesswanson.com)
Attorney Identification No. 26930
Emma Elizabeth Antin Daschbach
(edaschbach@jonesswanson.com)
Attorney Identification No. 27358
**Jones, Swanson, Huddell & Garrison, L.L.C.**
601 Poydras St., Suite 2655
New Orleans, Louisiana 70130
Telephone: (504) 523-2500
Facsimile: (504) 523-2508

James R. Swanson
(jswanson@fishmanhaygood.com)
Attorney Identification No. 18455
Brent B. Barriere
(bbarriere@fishmanhaygood.com)
Attorney Identification No. 2818
Benjamin D. Reichard
(breichard@fishmanhaygood.com)
Attorney Identification No. 31933
**Fishman, Haygood, Phelps, Walmsley Willis & Swanson, L.L.P.**
201 St. Charles Ave.
Suite 4600
New Orleans, Louisiana 70170
Telephone: (504) 586-5252
Facsimile: (504) 586-5250

J. Michael Veron
(mike@veronbice.com)
Attorney Identification No. 7570
J. Rock Palermo III
(rock@veronbice.com)
Attorney Identification No. 21793
Alonzo P. Wilson
(lon@veronbice.com)
Attorney Identification No. 13547
Turner D. Brumby
(turner@veronbice.com)
Attorney Identification No. 33519
Ashley E. Philen
(ashleyphilen@gmail.com)
Attorney Identification No. 31285

**Veron, Bice, Palermo & Wilson, L.L.C.**
721 Kirby St. (70601)
P.O. Box 2125
Lake Charles, Louisiana 70602
Telephone: (337) 310-1600
Facsimile: (337) 310-1601

*Counsel for Plaintiffs*

4

## **CERTIFICATE OF SERVICE**

     I hereby certify that on August 5, 2014, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system, which will send a notice of the electronic filing to the counsel of record for Defendants.

                                                             */s/ Emma Elizabeth Antin Daschbach*