UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BOARD OF COMMISSIONERS OF THE SOUTHEAST LOUISIANA FLOOD PROTECTION AUTHORITY – EAST, INDIVIDUALLY AND AS THE BOARD GOVERNING THE ORLEANS LEVEE DISTRICT, THE LAKE BORGNE BASIN LEVEE DISTRICT, AND THE EAST JEFFERSON LEVEE DISTRICT, <br><br>    Plaintiffs <br><br>            v. <br><br> TENNESSEE GAS PIPELINE COMPANY, LLC, ET AL., <br><br>    Defendants. | *  Civil action no. 2:13-cv-05410 <br> * <br> *  Section: G <br> * <br> *  Division: 3 <br> * <br> *  Judge: Nannette Jolivette Brown <br> * <br> *  Magistrate: Daniel E. Knowles, III <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

## ORDER

Considering the foregoing Motion for Leave to File Motion for Partial Summary Judgment With Memorandum in Support in Excess of Page Limits filed by the plaintiffs—the Board of Commissioners of the Southeast Louisiana Flood Protection Authority-East, individually ("SLFPA-E"), and as the board governing the Orleans Levee District, the Lake Borgne Basin Levee District, and the East Jefferson Levee District ("the Levee Districts"),

**IT IS HEREBY ORDERED** that the plaintiffs are granted leave to file their *Motion for Partial Summary Judgment Regarding Louisiana Act 544* with an accompanying Memorandum in Support of Plaintiffs' Motion for Partial Summary Judgment Regarding Louisiana Act 544 that is in excess of the 25-page limit of LR 7.7, not to exceed 36 pages in length, and that such pleadings and their attached exhibits, as attached to the Motion for Leave to File, be hereby filed in the record in this matter.

1

**New Orleans, Louisiana,** this \_\_ day of August, 2014.

                                                            _____
                                                            U.S. DISTRICT COURT JUDGE
                                                            NANETTE JOLIVETTE BROWN