UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BOARD OF COMMISSIONERS OF THE SOUTHEAST LOUISIANA FLOOD PROTECTION AUTHORITY – EAST, INDIVIDUALLY AND AS THE BOARD GOVERNING THE ORLEANS LEVEE DISTRICT, THE LAKE BORGNE BASIN LEVEE DISTRICT, AND THE EAST JEFFERSON LEVEE DISTRICT, | * Civil action no. 2:13-cv-05410 * * Section: G * * Division: 3 * * Judge: Nannette Jolivette Brown * * Magistrate: Daniel E. Knowles, III |
| Plaintiffs | * * |
| v. | * * |
| TENNESSEE GAS PIPELINE COMPANY, LLC, ET AL., | * * * |
| Defendants. | * |

## NOTICE OF SUBMISSION

Please take notice that the plaintiffs' Motion for Partial Summary Judgment Regarding Louisiana Act 544 shall be submitted for decision on August 20, 2014, at 10:00 a.m., or such other time directed by the Court, in front of Judge Nanette Jolivette Brown at the United States District Court for the Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana.

Respectfully Submitted,

*/s/ Emma Elizabeth Antin Daschbach*_____
Gladstone N. Jones, III
(gjones@jonesswanson.com)
Attorney Identification No. 22221
Eberhard D. Garrison
(egarrison@jonesswanson.com)
Attorney Identification No. 22058
Kevin E. Huddell
(khuddell@jonesswanson.com)
Attorney Identification No. 26930
Emma Elizabeth Antin Daschbach
(edaschbach@jonesswanson.com)

1

James R. Swanson
(jswanson@fishmanhaygood.com)
Attorney Identification No. 18455
Brent B. Barriere
(bbarriere@fishmanhaygood.com)
Attorney Identification No. 2818
Benjamin D. Reichard
(breichard@fishmanhaygood.com)
Attorney Identification No. 31933
**Fishman, Haygood, Phelps, Walmsley Willis & Swanson, L.L.P.**
201 St. Charles Ave.
Suite 4600
New Orleans, Louisiana 70170
Telephone: (504) 586-5252
Facsimile: (504) 586-5250

Attorney Identification No. 27358
**Jones, Swanson, Huddell & Garrison, L.L.C.**
601 Poydras St., Suite 2655
New Orleans, Louisiana 70130
Telephone: (504) 523-2500
Facsimile: (504) 523-2508

J. Michael Veron
(mike@veronbice.com)
Attorney Identification No. 7570
J. Rock Palermo III
(rock@veronbice.com)
Attorney Identification No. 21793
Alonzo P. Wilson
(lon@veronbice.com)
Attorney Identification No. 13547
Turner D. Brumby
(turner@veronbice.com)
Attorney Identification No. 33519
Ashley E. Philen
(ashleyphilen@gmail.com)
Attorney Identification No. 31285
**Veron, Bice, Palermo & Wilson, L.L.C.**
721 Kirby St. (70601)
P.O. Box 2125
Lake Charles, Louisiana 70602
Telephone: (337) 310-1600
Facsimile: (337) 310-1601

*Counsel for Plaintiffs*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2014, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system, which will send a notice of the electronic filing to the counsel of record for Defendants.

*/s/ Emma Elizabeth Antin Daschbach*