# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BOARD OF COMMISSIONERS OF THE SOUTHEAST LOUISIANA FLOOD PROTECTION AUTHORITY – EAST et al** | Civil Action No. 2:13-cv-05410 |
| | Section: G |
| **VERSUS** | Division: 3 |
| **TENNESSEE GAS PIPELINE COMPANY, LLC et al** | Judge: Nannette Jolivette Brown |
| | Magistrate: Daniel E. Knowles, III |

## FLASH GAS & OIL NORTHEAST, INC.'S JOINDER IN

### DEFENDANTS' JOINT MOTION TO DISMISS BECAUSE PLAINTIFFS' CLAIMS ARE PREEMPTED BY FEDERAL LAW AND BARRED UNDER STATE LAW;

### DEFENDANTS' JOINT MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UNDER RULE 12(b)(6); AND

### DEFENDANTS' JOINT MOTION TO DISMISS BECAUSE PLAINTIFFS' CLAIMS ARE NON-JUSTICIABLE AND FALL WITHIN THE PRIMARY JURISDICTION OF FEDERAL AND STATE AGENCIES

Defendant Flash Gas & Oil Northeast, Inc. ("Flash") in the interest of efficiency and to conserve the Court's time and resources, hereby joins in, adopts and incorporates by reference the Defendants' Joint Motion To Dismiss Because Plaintiffs' Claims Are Preempted By Federal Law And Barred Under State Law (R. Doc. 424); Defendants' Joint Motion To Dismiss For Failure To State A Claim Under Rule 12(B)(6) (R. Doc. 427); and Defendants' Joint Motion To Dismiss Because Plaintiffs' Claims Are Non-Justiciable And Fall Within The Primary Jurisdiction Of Federal And State Agencies (R. Doc. 428).

Respectfully submitted, this 5th day of September 2014.

                                Respectfully submitted,

                                _____/s/David W. Rusch_____
                                DAVID W. RUSCH (a PLC)
                                La. Bar No. 11541
                                Suite 1421
                                228 St. Charles Avenue
                                New Orleans, LA 70130
                                Telephone:  985-626-8484
                                Email: drusch@bellsouth.net

                                Attorney For Flash Gas & Oil Northeast, Inc.

## CERTIFICATE

I certify that on <u>September 5, 2014</u>, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system that will send a notice of electronic filing to all counsel who are CM/ECF participants. According to the CM/ECF docket sheet, all parties to this civil action receive electronic notification.

                                                    ____/s/David W. Rusch_____