UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BOARD OF COMMISSIONERS OF THE SOUTHEAST LOUISIANA FLOOD PROTECTION AUTHORITY – EAST et al** | Civil Action No. 2:13-cv-05410 |
| | Section: G |
| **VERSUS** | Division: 3 |
| **TENNESSEE GAS PIPELINE COMPANY, LLC et al** | Judge: Nannette Jolivette Brown |
| | Magistrate: Daniel E. Knowles, III |

**FLASH GAS & OIL NORTHEAST, INC.'S
JOINDER IN**

**DEFENDANTS' MEMORANDUM IN SUPPORT OF JOINT MOTION TO
DISMISS BECAUSE PLAINTIFFS' CLAIMS ARE PREEMPTED BY
FEDERAL LAW AND BARRED UNDER STATE LAW;**

**DEFENDANTS' MEMORANDUM IN SUPPORT OF JOINT MOTION TO
DISMISS FOR FAILURE TO STATE A CLAIM UNDER RULE 12(B)(6);
AND**

**DEFENDANTS' MEMORANDUM IN SUPPORT OF JOINT MOTION TO
DISMISS  BECAUSE PLAINTIFFS' CLAIMS ARE NON-JUSTICIABLE
AND FALL WITHIN THE PRIMARY JURISDICTION OF FEDERAL
AND STATE AGENCIES**

Defendant Flash Gas & Oil Northeast, Inc. ("Flash") in the interest of efficiency and to conserve the Court's time and resources, hereby joins in, adopts and incorporates by reference the Defendants' Memorandum in Support of Joint Motion To Dismiss Because Plaintiffs' Claims Are Preempted By Federal Law And Barred Under State Law (R. Doc. 424-1); Defendants' Memorandum in Support of Joint Motion To Dismiss For Failure To State A Claim Under Rule 12(B)(6) (R. Doc. 427-1); and Defendants' Memorandum in Support of Joint Motion To Dismiss  Because Plaintiffs' Claims Are Non-Justiciable And Fall Within The Primary

Jurisdiction Of Federal And State Agencies (R. Doc. 428-1).

Respectfully submitted, this 5th day of September 2014.

                                        Respectfully submitted,

                                        _____/s/David W. Rusch_____
                                        DAVID W. RUSCH (a PLC)
                                        La. Bar No. 11541
                                        Suite 1421
                                        228 St. Charles Avenue
                                        New Orleans, LA 70130
                                        Telephone:  985-626-8484
                                        Email: drusch@bellsouth.net

                                        Attorney For Flash Gas & Oil Northeast, Inc.

## CERTIFICATE

     I certify that on September 5, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system that will send a notice of electronic filing to all counsel who are CM/ECF participants. According to the CM/ECF docket sheet, all parties to this civil action receive electronic notification.

                                                        ____/s/David W. Rusch_____