**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **BOARD OF COMMISSIONERS OF THE SOUTHEAST LOUISIANA FLOOD PROTECTION AUTHORITY – EAST et al** | Civil Action No. 2:13-cv-05410 |
| | Section: G |
| **VERSUS** | Division: 3 |
| **TENNESSEE GAS PIPELINE COMPANY, LLC et al** | Judge: Nannette Jolivette Brown |
| | Magistrate: Daniel E. Knowles, III |

**NOTICE OF HEARING**

Please take notice that pursuant to the Court's August 6, 2014 Order (Rec. Doc. 390), the following Motions to Dismiss will be heard on Wednesday, November 12, 2014 at 10:00 a.m. before the Honorable Nannette Jolivette Brown, at the U.S. Courthouse, 500 Camp Street, New Orleans, Louisiana 70130;

1. Defendants' Joint Motion To Dismiss Because Plaintiffs' Claims Are Preempted By Federal Law And Barred Under State Law (R. Doc. 424);

2. Defendants' Joint Motion To Dismiss For Failure To State A Claim Under Rule 12(B)(6) (R. Doc. 427); and

3. Defendants' Joint Motion To Dismiss Because Plaintiffs' Claims Are Non-Justiciable And Fall Within The Primary Jurisdiction Of Federal And State Agencies (R. Doc. 428).

Respectfully submitted, this 5th day of September 2014.

                                                Respectfully submitted,

                                                _____/s/David W. Rusch_____
DAVID W. RUSCH (a PLC)
La. Bar No. 11541
Suite 1421
228 St. Charles Avenue
New Orleans, LA 70130
Telephone:  985-626-8484
Email: drusch@bellsouth.net

Attorney For Flash Gas & Oil Northeast, Inc.

## CERTIFICATE

I certify that on <u>September 5, 2014</u>, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system that will send a notice of electronic filing to all counsel who are CM/ECF participants. According to the CM/ECF docket sheet, all parties to this civil action receive electronic notification.

                                                      ____/s/David W. Rusch_____