UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BOARD OF COMMISSIONERS OF THE | * | Civil action no. 2:13-cv-05410 |
| SOUTHEAST LOUISIANA FLOOD | * | |
| PROTECTION AUTHORITY – EAST, | * | Section: G |
| INDIVIDUALLY AND AS THE BOARD | * | |
| GOVERNING THE ORLEANS LEVEE | * | Division: 3 |
| DISTRICT, THE LAKE BORGNE | * | |
| BASIN LEVEE DISTRICT, AND THE | * | Judge: Nannette Jolivette Brown |
| EAST JEFFERSON LEVEE DISTRICT, | * | |
| | * | Magistrate: Daniel E. Knowles, III |
| Plaintiffs | * | |
| | * | |
| v. | * | |
| | * | |
| TENNESSEE GAS PIPELINE | * | |
| COMPANY, LLC, ET AL., | * | |
| | * | |
| Defendants. | * | |

MEMORANDUM IN OPPOSITION TO FLASH GAS & OIL NORTHEAST, INC'S
JOINDER IN DEFENDANTS' JOINT MOTIONS TO DISMISS (R. DOC. 430)

The plaintiffs—the Board of Commissioners of the Southeast Louisiana Flood Protection Authority-East, individually ("SLFPA-E"), and as the board governing the Orleans Levee District, the Lake Borgne Basin Levee District, and the East Jefferson Levee District ("the Levee Districts")—in response to the Joinder by defendant Flash Gas & Oil Northeast, Inc. (R. Doc. 430) and pursuant to Fed. R. Civ. P. 10(c), hereby adopt and incorporate their arguments in memoranda in opposition (R. Docs. 446, 447, 449) to the three Joint Motions to Dismiss (R. Docs. 424, 427, 428).

Respectfully Submitted,

*/s/ H.S. Bartlett III_____*
Gladstone N. Jones, III
(gjones@jonesswanson.com)
Attorney Identification No. 22221
Bernard E. Boudreaux
(bboudreaux@jonesswanson.com)

1

Attorney Identification No. 2219
Eberhard D. Garrison
([egarrison@jonesswanson.com](egarrison@jonesswanson.com))
Attorney Identification No. 22058
Kevin E. Huddell
([khuddell@jonesswanson.com](khuddell@jonesswanson.com))
Attorney Identification No. 26930
Emma Elizabeth Antin Daschbach
([edaschbach@jonesswanson.com](edaschbach@jonesswanson.com))
Attorney Identification No. 27358
H.S. Bartlett III
([tbartlett@jonesswanson.com](tbartlett@jonesswanson.com))
Attorney Identification No. 26795
**Jones, Swanson, Huddell & Garrison, L.L.C.**
601 Poydras St., Suite 2655
New Orleans, Louisiana 70130
Telephone: (504) 523-2500
Facsimile: (504) 523-2508

James R. Swanson
([jswanson@fishmanhaygood.com](jswanson@fishmanhaygood.com))
Attorney Identification No. 18455
Brent B. Barriere
([bbarriere@fishmanhaygood.com](bbarriere@fishmanhaygood.com))
Attorney Identification No. 2818
Benjamin D. Reichard
([breichard@fishmanhaygood.com](breichard@fishmanhaygood.com))
Attorney Identification No. 31933
**Fishman, Haygood, Phelps, Walmsley Willis & Swanson, L.L.P.**
201 St. Charles Ave.
Suite 4600
New Orleans, Louisiana 70170
Telephone: (504) 586-5252
Facsimile: (504) 586-5250

J. Michael Veron
([mike@veronbice.com](mike@veronbice.com))
Attorney Identification No. 7570
J. Rock Palermo III
([rock@veronbice.com](rock@veronbice.com))
Attorney Identification No. 21793
Alonzo P. Wilson
([lon@veronbice.com](lon@veronbice.com))
Attorney Identification No. 13547
Turner D. Brumby
([turner@veronbice.com](turner@veronbice.com))
Attorney Identification No. 33519
Ashley E. Philen
([ashleyphilen@gmail.com](ashleyphilen@gmail.com))
Attorney Identification No. 31285
**Veron, Bice, Palermo & Wilson, L.L.C.**
721 Kirby St. (70601)
P.O. Box 2125
Lake Charles, Louisiana 70602
Telephone: (337) 310-1600
Facsimile: (337) 310-1601

*Counsel for the Plaintiffs*

**CERTIFICATE OF SERVICE**

2

I hereby certify that on October 1, 2014, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system, which will send a notice of the electronic filing to the counsel of record for Defendants.

*/s/ H.S. Bartlett III*