UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BOARD OF COMMISSIONERS OF THE SOUTHEAST LOUISIANA FLOOD PROTECTION AUTHORITY – EAST et al | Civil Action No. 2:13-cv-05410 |
| | Section: G |
| VERSUS | Division: 3 |
| TENNESSEE GAS PIPELINE COMPANY, LLC et al | Judge: Nannette Jolivette Brown |
| | Magistrate: Daniel E. Knowles, III |

FLASH GAS & OIL NORTHEAST, INC.'S
JOINDER IN

DEFENDANT'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S
MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING
LOUISIANA ACT 544

Defendant Flash Gas & Oil Northeast, Inc., in the interest of efficiency and to conserve the Court's time and resources, hereby adopts by reference the Defendants' Memorandum in Opposition to Plaintiff's Motion for Partial Summary Judgment Regarding Louisiana Act 544 (R. Doc. 442); and Defendants' Response to Plaintiff's Statement of Material Facts (R. Doc. 442-2). Plaintiff is not entitled to partial summary judgment.

Respectfully submitted,

_____/s/David W. Rusch_____
DAVID W. RUSCH (a PLC)
La. Bar No. 11541
Suite 1421
228 St. Charles Avenue
New Orleans, LA 70130
Telephone: 985-626-8484
Email: drusch@bellsouth.net

Attorney For Flash Gas & Oil Northeast, Inc.

**CERTIFICATE**

    I certify that on October 1, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system that will send a notice of electronic filing to all counsel who are CM/ECF participants. According to the CM/ECF docket sheet, all parties to this civil action receive electronic notification.

                                                                              ____/s/David W. Rusch_____