**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| BOARD OF COMMISSIONERS OF THE SOUTHEAST LOUISIANA FLOOD PROTECTION AUTHORITY — EAST, INDIVIDUALLY AND AS THE BOARD GOVERNING THE ORLEANS LEVEE DISTRICT, THE LAKE BORGNE BASIN LEVEE DISTRICT, AND THE EAST JEFFERSON LEVEE DISTRICT,<br><br>Plaintiffs,<br><br>v.<br><br>TENNESSEE GAS PIPELINE COMPANY, LLC, et al.,<br><br>Defendants. | * * * * * * * * * * * * * * * * * | Civil Action No. 2:13-cv-05410<br><br>Section: G<br><br>Division: 3<br><br>Judge: Nannette Jolivette Brown<br><br>Magistrate: Daniel E. Knowles, III |

---

**REQUEST FOR ORAL ARGUMENT ON DEFENDANTS' MOTION TO DISMISS, DOC. 424, AND PLAINTIFFS' RESPONSE, DOC. 449**

---

The undersigned Defendants respectfully request pursuant to L.R. 78.1 that oral argument be granted on Defendants' Joint Motion to Dismiss Because Plaintiffs' Claims Are Preempted by Federal Law and Barred Under State Law, Doc. 424, and Plaintiffs' Response, Doc. 449. This motion is presently set for submission on November 12, 2014 at 10:00 a.m. (Doc. 390; Doc. 424-2.) At the August 6, 2014 Status Conference, the Court and the parties selected November 12, 2014 at 10:00 a.m. as the hearing date and time for both Plaintiffs' Motion for Partial Summary Judgment (Doc. 380) and any motions to dismiss Defendants filed. Defendants therefore believe that that Doc. 424 is already set for oral hearing at November 12, 2014 at 10:00 a.m.

Nevertheless, out of an abundance of caution and for the clerk's records, Defendants respectfully request that oral argument on their Joint Motion to Dismiss Because Plaintiffs' Claims Are Preempted by Federal Law and Barred Under State Law, Doc. 424, and Plaintiffs' Response, Doc. 449, be set for November 12, 2014 at 10:00 a.m. or as soon thereafter as the Court may allow.

Respectfully submitted,

KING AND SPALDING LLP

/s/ Robert E. Meadows
 Robert E. Meadows (*admitted pro hac vice*)
Jeremiah J. Anderson (*admitted pro hac vice*)
1100 Louisiana, Suite 4000
Houston, Texas 77002
Tel: (713) 751-3200
Facsimile:  (713) 751-3290
bmeadows@kslaw.com
jjanderson@kslaw.com

-and-

KING AND SPALDING LLP (Washington)
Ashley C. Parrish (*admitted pro hac vice*)
1700 Pennsylvania Ave., N.W.
Suite 200
Washington, DC 20006-4706
Tel: 202-737-0500
aparrish@kslaw.com

-and-

Michael R. Phillips (#21020)
KEAN MILLER LLP
909 Poydras Street, Suite 1400
New Orleans, Louisiana 70112
Telephone:  (504) 585-3050
Facsimile:  (504) 585-3951
mike.phillips@keanmiller.com

-and-

L. Victor Gregoire (#22400)
Linda S. Akchin (#17904)
Charles S. McCowan, III (#19699)
Pamela Roman Mascari (#25162)
KEAN MILLER LLP
II City Plaza
400 Convention St., Suite 700
Post Office Box 3513 (70821)
Baton Rouge, Louisiana 70802
Telephone: (225) 387-0999
Facsimile: (225) 388-9133
victor.gregoire@keanmiller.com
linda.akchin@keanmiller.com
trey.mccowan@keanmiller.com
pam.mascari@keanmiller.com

***Attorneys for Chevron U.S.A. Inc., Chevron Pipeline Company, Union Oil Company of California, and Kewanee Industries, Inc.***

CURRY & FRIEND, PLC

/s/Meghan E. Smith
CHRISTOFFER C. FRIEND (#1888)
MOLLY STEELE (#32251)
LAURA C. COCUS (#31435)
MEGHAN E. SMITH (#34097)
Whitney Bank Building, Suite 1200
228 Saint Charles Avenue
New Orleans, Louisiana 70130
T. (504) 524-8556
F. (504) 524-8703
christofferfriend@curryandfriend.com
mollysteele@curryandfriend.com
lauracocus@curryandfriend.com
meghansmith@curryandfriend.com

***Attorneys for Placid Oil Company and Vintage Petroleum, LLC***

NEUNER PATE

/s/Ben L. Mayeaux
FRANK X. NEUNER, JR.#07674
BEN L. MAYEAUX #19042
KEVIN P. MERCHANT #24559
CLIFF A. LACOUR #30581
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
Post Office Drawer 52828
Lafayette, Louisiana 70505-2828
T. (337) 237-7000
F. (337) 233-9450

***Attorneys for EnLink LIG, LLC***

JONES WALKER LLP

*/s/*Alida C. Hainkel
ALIDA C. HAINKEL, T.A. (#24114)
LAUREN C. MASTIO (#33077)
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana 70170-5100
T. (504) 582-8602
F. (504) 589-8602
ahainkel@joneswalker.com
lmastio@joneswalker.com

***Attorneys for Defendants, McMoRan Exploration Co. and PXP Producing Co., LLC***

NEUNER PATE

/s/ Brandon W. Letulier
Brandon W. Letulier #28657
Cliff A. LaCour #30581
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
T. (337) 237-7000
F. (337) 233-9450
bletulier@NeunerPate.com
clacour@NeunerPate.com

***Attorneys for Defendant Rozel Operating Company***

STRONG PIPKIN BISSELL & LEDYARD, L.L.P.

/s/ John G. Bissell
John G. Bissell (Federal I.D.: 4562)
Michael Hendryx (Federal I.D.: 2956)
Jason C. McLaurin (LA No. 34675)
4900 Woodway Dr., Suite 1200
Houston, Texas 77056
T. (713) 651-1900
F. (713) 651-1920
jbissell@strongpipkin.com
mhendryx@strongpipkin.com
jmclaurin@strongpipkin.com

***Attorneys for Defendant Mosbacher Energy Company***

FRILOT L.L.C.

*/s/* Kerry J. Miller
KERRY J. MILLER (#24562), T.A.
PAUL C. THIBODEAUX (#29446)
DANIEL J. DYSART (#33812)
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
T. (504) 599-8000
F. (504) 599-8100
kmiller@frilot.com
pthibodeaux@frilo.com
ddysart@frilot.com

***Attorneys for Defendant, Murphy Exploration & Production Company - USA***

JONES WALKER LLP

*/s/Carl D. Rosenblum*
CARL D. ROSENBLUM, T.A. (#02083)
ALIDA C. HAINKEL (#24114)
LAUREN C. MASTIO (#33077)
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana 70170-5100
T. (504) 582-8296
F. (504) 589-8296
crosenblum@joneswalker.com

***Attorneys for Hilliard Oil and Gas, Inc.***

GRAY REED & McGRAW, P.C.

/s/ James J. Ormiston
James J. Ormiston, Trial Attorney
admitted *pro hac vice*
Michael A. Ackal, III
admitted *pro hac vice*
Gabe T. Vick
admitted *pro hac vice*
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
T. (713) 986-7000
F. (713) 986-7100
jormiston@grayreed.com
mackal@grayreed.com
gvick@grayreed.com

and

LARZELERE PICOU WELLS
SIMPSON LONERO, LLC

Morgan J. Wells, Jr. (No. 18499)
Evan J. Godofsky (No. 32471)
Two Lakeway Center - Suite 1100
3850 North Causeway Boulevard
Metairie, Louisiana 70002
T. (504) 834-6500
F. (504) 834-6565
mwells@lpwsl.com
egodofsky@lpwsl.com

***Attorneys for Defendant Crawford Hughes Operating Company***

LAPEYRE AND LAPEYRE, L.L.P.

/s/ F. Henri Lapeyre, Jr.
F. Henri Lapeyre, Jr. (APLC)
Louisiana Bar Roll No. 8035
Etienne C. Lapeyre (APLC)
Louisiana Bar Roll No. 20169
400 Magazine Street, Suite 304
New Orleans, Louisiana 70130
T. (504) 524-5152
F. (504) 524-3321
lapeyre@att.net

***Attorneys for Davis Oil Company***

GRAY REED & McGRAW, P.C.

/s/ Julie M. Palmer
Julie M. Palmer, Trial Attorney
admitted *pro hac vice*
James J. Ormiston
admitted *pro hac vice*
Michael A. Ackal, III
admitted *pro hac vice*
Gabe T. Vick
admitted *pro hac vice*
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
T. (713) 986-7000
F. (713) 986-7100
jpalmer@grayreed.com
jormiston@grayreed.com
mackal@grayreed.com
gvick@grayreed.com

and

LARZELERE PICOU WELLS
SIMPSON LONERO, LLC

Morgan J. Wells, Jr. (No. 18499)
Evan J. Godofsky (No. 32471)
Two Lakeway Center - Suite 1100
3850 North Causeway Boulevard
Metairie, Louisiana 70002
T. (504) 834-6500
F. (504) 834-6565
mwells@lpwsl.com
egodofsky@lpwsl.com

***Attorneys for Defendant***
***Seneca Resources Corporation***

KUCHLER POLK SCHELL
WEINER & RICHESON, L.L.C.

/s/ Deborah D. Kuchler
Deborah D. Kuchler, T.A. (#17013)
Janika D. Polk (#27608)
Leigh Ann Schell (#19811)
Michele Hale DeShazo (#29893)
1615 Poydras Street, Suite 1300
New Orleans, LA 70112
T. 504-592-0691
F. 504-592-0697
dkuchler@kuchlerpolk.com
jpolk@kuchlerpolk.com
lschell@kuchlerpolk.com
mdeshazo@kuchlerpolk.com

***Counsel for ConocoPhillips Company, Continental Oil Company, and Louisiana Land and Exploration Company, LLC***

KUCHLER POLK SCHELL
WEINER & RICHESON, L.L.C.

/s/ Deborah D. Kuchler
Deborah D. Kuchler, T.A. (#17013)
Janika D. Polk (#27608)
Leigh Ann Schell (#19811)
Robert E. Guidry (#28064)
Michele Hale DeShazo (#29893)
1615 Poydras Street, Suite 1300
New Orleans, LA 70112
T. 504-592-0691
F. 504-592-0697
dkuchler@kuchlerpolk.com
jpolk@kuchlerpolk.com
lschell@kuchlerpolk.com
rguidry@kuchlerpolk.com
mdeshazo@kuchlerpolk.com

***Counsel for Anadarko E&P Onshore LLC***

MONTGOMERY BARNETT, L.L.P.

/s/ John Y. Pearce
JOHN Y. PEARCE (Bar No. 10374), T.A.
EDWARD L. FENASCI (Bar No. 24793)
3300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
T. (504)585-3200
F. (504) 585-7688
jpearce@monbar.com
tfenasci@monbar.com

***Attorneys for Whiting Oil and Gas Corporation***

ADAMS AND REESE LLP

/s/ Martin A. Stern
Martin A. Stern (#17154)
Glen M. Pilié (#1539)
Jeffrey E. Richardson (#23273)
701 Poydras Street, Suite 4500
New Orleans, LA 70139
T. (504) 581-3234
martin.stern@arlaw.com
glen.pilie@arlaw.com
jeffrey.richardson@arlaw.com

***Counsel for Defendant, Exxon Mobil Corporation***

STONE PIGMAN WALTHER
WITTMANN L.L.C.

/s/ John Farnsworth
Barry W. Ashe, La. Bar No. 14056
John P. Farnsworth, La. Bar No. 26028
Justin P. Lemaire, La. Bar No. 29948
Brooke C. Tigchelaar, La. Bar No. 32029
546 Carondelet Street
New Orleans, Louisiana 70130-3588
Telephone: (504) 581-3200
**bashe@stonepigman.com**
**jfarnsworth@stonepigman.com**
**jlemaire@stonepigman.com**
**btigchelaar@stonepigman.com**

***Attorneys for Noble Energy, Inc.***

GIEGER, LABORDE & LAPEROUSE, LLC

/s/ Andrew A. Braun
Andrew A. Braun, T.A. (La. Bar #3415)
Caitlin J. Hill (La. Bar #34303)
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
T. (504) 561-0400
F. (504) 561-1011
abraun@glllaw.com
chill@glllaw.com

***Attorneys for Harvest Oil and Gas, LLC***

SLATTERY, MARINO & ROBERTS

/s/Gerald F. Slattery,Jr.
Gerald F. Slattery, Jr., T.A. (La. Bar Roll No. 12129)
Emile J. Dreuil, III (La. Bar Roll No. 29840)
Energy Centre, 1100 Poydras Street, Suite 1800
New Orleans, Louisiana 70163
Telephone: (504) 585-7800
Telecopier: (504) 585-7890

***Attorneys for Defendant Chroma Operating, Inc.***

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

/s/ Tyler L. Weidlich
Roy C. Cheatwood (#4010)
Nancy Scott Degan (#1819)
Tyler L. Weidlich (#30790)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000

***Attorneys for Defendant***
***Cox Operating, LLC***

DANIEL C. HUGHES, APLC

/s/ Daniel C. Hughes
Daniel C. Hughes, Bar# 07075
126 Heymann Boulevard (70503)
P.O. Box 51595
Lafayette, LA 70505-1595
Telephone: (337) 237-6566
Facsimile: (337) 235-6355
Email: Dan@hughesaplc.com

***Attorney for The Pickens Company, Inc.***

/s/ George M. Gilly
George M. Gilly (#06234)
1001 Ochsner Blvd., Suite 200
Covington, Louisiana 70433
(985) 801-4300
(985) 801-4795
georgeg@llog.com

***Attorney for LLOG Exploration Company, L.L.C.***

SCHONEKAS, EVANS, MCGOEY & MCEACHIN, LLC

/s/ Kyle D. Schonekas
Kyle D. Schonekas, 11817
William P. Gibbens, 27225
Frances M. Montegut, 33288
909 Poydras Street, Suite 1600
New Orleans, Louisiana 70112
Telephone: (504) 680-6050
Kyle@semmlaw.com
Billy@semmlaw.com
Frannie@semmlaw.com

SHIPLEY SNELL MONTGOMERY LLP

George T. Shipley (*pro hac vice*)
Amy Snell (*pro hac vice*)
712 Main St., Ste. 1400
Houston, Texas 77002
T: (713) 652-5920
F: (713) 652-3057
gshipley@shipleysnell.com
asnell@shipleysnell.com

***Attorneys for CenterPoint Energy Resources Corp.***

TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P.

/s/ Edward D. Hughes
John Michael Parker, Bar# 10321
Edward D. Hughes, Bar# 28617 (T.A.)
Paul O. Dicharry, Bar# 4928
Erin B. Sayes, Bar #34079
451 Florida Street, 8th Floor (70801)
P.O. Box 2471
Baton Rouge, LA 70821-2471
Telephone: (225) 387-3221
Facsimile: (225) 346-8049
Email: mike.parker@taylorporter.com
eddie.hughes@taylorporter.com
paul.dicharry@taylorporter.com
erin.sayes@taylorporter.com

***Attorneys for Defendants, Helis Oil & Gas Company, L.L.C., Helis Energy, L.L.C. and Estate of William G. Helis, Yuma Exploration and Production Co., Inc., and Source Petroleum, Inc.***

LISKOW & LEWIS

/s/ Jonathan A. Hunter
Jonathan A. Hunter, T.A. (#18619)
Kelly Brechtel Becker (#27375)
Elizabeth S. Wheeler (#21148)
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108
jahunter@liskow.com
kbbecker@liskow.com
ewheeler@liskow.com

***Attorneys for Defendant Hess Corporation***

LARZELERE PICOU WELLS SIMPSON LONERO, LLC

/s/ Morgan J. Wells, Jr.
Morgan J. Wells, Jr. (No. 18499)
Evan J. Godofsky (No. 32471)
Two Lakeway Center - Suite 1100
3850 North Causeway Boulevard
Metairie, Louisiana 70002
Telephone: (504) 834-6500
Facsimile: (504) 834-6565
mwells@lpwsl.com
egodofsky@lpwsl.com

***Attorneys for Defendant CasKids Operating Company***

LISKOW & LEWIS

/s/ R. Keith Jarrett
R. Keith Jarrett (Bar #16984)
Mark L. McNamara (Bar #25170)
Dana M. Douglas (Bar #26866)
Kelly Brechtel Becker (Bar #27375)
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108
rkjarrett@liskow.com
mlmcnamara@liskow.com
dmdouglas@liskow.com
kbbecker@liskow.com

***Attorneys for Shell Oil Company***

ADAMS AND REESE LLP

/s/Francis V. Liantonio, Jr.
THOMAS G. O'BRIEN (#10149)
FRANCIS V. LIANTONIO, JR. (#19282)
JANE C. RAIFORD (#1274)
GREGORY F. ROUCHELL (#28746)
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
Emails:Tom.Obrien@arlaw.com
Frank.Liantonio@arlaw.com
Jane.Raiford@arlaw.com
Greg.Rouchell@arlaw.com

***Attorneys for Alta Mesa Services, LP and The Meridian Resource & Exploration LLC***

KEAN MILLER LLP

*/s/ Leonard L. Kilgore, III*
Leonard L. Kilgore, III, T.A. (#7372)
Esteban Herrera, Jr. (#20859)
Mark Marionneaux (#21743)
Richard D. McConnell, Jr. (#29973)
Victor J. Suane, Jr. (#31337)
Erin P. Tadie (#33627)
II City Plaza, Suite 700
400 Convention Street (70802)
Post Office Box 3513
Baton Rouge, Louisiana 70821-3513
Telephone: (225) 387-0999
Facsimile: (225) 388-9133
len.kilgore@keanmiller.com
esteban.herrera@keanmiller.com
mark.marionneaux@keanmiller.com
richard.mcconnell@keanmiller.com
victor.suane@keanmiller.com
erin.tadie@keanmiller.com

-and-

KEAN MILLER LLP

Richard S. Pabst (#17736)
Brett P. Fenasci (#29858)
909 Poydras Street, Suite 3600
New Orleans, Louisiana 70112
Telephone: (504) 585-3050
Facsimile: (504) 585-3051
richard.pabst@keanmiller.com
brett.fenasci@keanmiller.com

***Attorneys for Callon Offshore Production, Inc., Callon Petroleum Company, EOG Resources, Inc., Enterprise Intrastate LLC, EP Energy Management, L.L.C., Marathon Oil Company, Williams Exploration Company, Sun Oil Company, and Devon Energy Production Company, L.P.***

McGUIREWOODS LLP

/s/ Ronald G. Franklin
Ronald G. Franklin *(Admitted Pro Hac Vice)*
JPMorgan Chase Tower
600 Travis Street
Suite 7500
Houston, Texas 77002-2906
(832) 214-9942 (Telephone)
(713) 571-9652 (Facsimile)
rfranklin@mcguirewoods.com

Angela M. Spivey *(Admitted Pro Hac Vice)*
1230 Peachtree Street, NE
Promenade II, Suite 2100
Atlanta, Georgia 30309-3534
(404) 443-5720 (Telephone)
(404) 443-5792 (Facsimile)
aspivey@mcguirewoods.com

R. Trent Taylor *(Admitted Pro Hac Vice)*
One James Center
901 East Cary Street
Richmond, Virginia 23219-4030
(804) 775-1182 (Telephone)
(804) 225-5409 (Facsimile)
rtaylor@mcguirewoods.com

-and-

KEAN MILLER LLP

Leonard L. Kilgore, III, T.A. (#7372)
Esteban Herrera, Jr. (#20859)
Mark Marionneaux (#29973)
Richard D. McConnell, Jr. (#29973)
Victor J. Suane, Jr. (#31337)
Erin P. Tadie (#33627)
II City Plaza, Suite 700
400 Convention Street
Post Office Box 3513
Baton Rouge, Louisiana 70821-3513
(225) 387-0999 (Telephone)
(225) 388-9133 (Facsimile)
len.kilgore@keanmiller.com
richard.mcconnell@keanmiller.com

Richard Pabst (#17736)
Brett P. Fenasci (#29858)
909 Poydras Street, Suite 1400
New Orleans, Louisiana 70112
(504) 585-3050
richard.pabst@keanmiller.com

***Counsel for Devon Energy Production Company, L.P.***

GUGLIELMO, LOPEZ, TUTTLE, HUNTER & JARRELL

/s/ James T. Guglielmo
James T. Guglielmo #6417
306 E. North Street
P O Drawer 1329
Opelousas LA 70571-1299
337-948-8201

-and-

WALL, BULLINGTON & COOK

Jonathan R. Cook (#25629)
Guy E. Wall (#7718)
540 Elmwood Park Blvd.
New Orleans LA 70123
504-736-0347

***Attorneys for Liberty Oil & Gas Corporation***

KEOGH, COX & WILSON, LTD.

/s/ John P. Wolff, III
John P. Wolff, III, #14504
Nancy B. Gilbert, #23095
Christopher K. Jones, #28101
Richard W. Wolff, #34844
Mark T. Assad, #35029
701 Main Street
Post Office Box 1151
Baton Rouge, Louisiana 70821
Telephone: (225) 383-3796
Telecopier: (225) 343-9612
jwolff@kcwlaw.com
ngilbert@kcwlaw.com
cjones@kcwlaw.com
rwolff@kcwlaw.com
massad@kcwlaw.com

***Attorneys for Sundown Energy, LP***

KEAN MILLER LLP

/s/ Bradley J. Schlotterer
Bradley J. Schlotterer (#24211)
Dylan T. Thriffiley (#31995)
909 Poydras Street, Suite 3600
New Orleans, LA 70112
Telephone: (504) 585-3050
Facsimile: (504) 585-3051

***Attorneys for Newfield Exploration Company***

BLUE WILLIAMS, L.L.P.

/s/ Scott A. Soule
Scott A. Soule – Bar #20379
Emily C. Canizaro – Bar #31101
Josephine A. Hood – Bar #33894
1060 West Causeway Approach
Mandeville, LA 70471
Telephone: (504) 830-4977
Facsimile: (504) 849-3883
*ssoule@bluewilliams.com*
*ecanizaro@bluewilliams.com*
*jhood@bluewilliams.com*

***Attorney for Defendant***
***Republic Mineral Corporation***

PREIS PLC
(A Professional Law Corporation)

*/s/Robert M. Kallam*
ROBERT M. KALLAM (#20242)
JENNIFER A. WELLS (#26549)
102 Versailles Blvd., Suite 400
Post Office Drawer 94-C
Lafayette, Louisiana 70509
Telephone: 337.237.6062
Facsimile: 337.237.9129
rmk@preisplc.com
jaw@preisplc.com

-and-

LAW OFFICE OF STEPHEN D. BAKER

STEPHEN D. BAKER (#2705)
412 West University Ave., Suite 101
Lafayette, LA 70506
Telephone: (337) 235.8298
Facsimile (337) 235.8307
sdbaker10@hotmail.com

***Counsel for Clayton Williams Energy, Inc.***

PHELPS DUNBAR LLP

/s/ Steven J. Levine
Steven J. Levine, Bar Roll No. 14139
John B. Shortess, Bar Roll No. 26513
Kevin W. Welsh, Bar Roll No. 35380
II City Plaza | 400 Convention Street, Suite 1100
Baton Rouge, Louisiana 70802-5618
Post Office Box 4412
Baton Rouge, Louisiana 70821-4412
Telephone: 225-346-0285
Facsimile: 225-381-919
Email: levines@phelps.com
john.shortess@phelps.com
kevin.welsh@phelps.com

-and-

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Michael J. Lyle (*admitted pro hac vice)*
Eric C. Lyttle (*admitted pro hac vice)*
777 6th Street, 11th Floor
Washington, DC 20001
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
mikelyle@quinnemanuel.com
ericlyttle@quinnemanuel.com

***Attorneys for Defendants***
***Koch Exploration Company, LLC and***
***Koch Industries, Inc.***

LISKOW & LEWIS

/s/ Robert B. McNeal
ROBERT B. McNEAL (Bar No. 14211)
One Shell Square
701 Poydras St. Suite 5000
New Orleans, LA 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108
rbmcneal@liskow.com

MICHAEL P. CASH (Bar No. 31655)
First City Tower
1001 Fannin Street
Houston, TX 77002-6756
Telephone: (713) 651-2900
Facsimile: (713) 651-2908
mcash@liskow.com

JAMIE D. RHYMES (Bar No. 24621)
822 Harding Street
Lafayette, LA 70503
Telephone: (337) 232-7424
Facsimile: (447) 267-2399
jdrhymes@liskow.com

***Attorneys for Exxon Mobil Corporation, Exxon Mobil Pipeline Corporation, Collins Pipeline Company, and Moem Pipeline, LLC***

-and-

ADAMS AND REESE LLP

Martin A. Stern (#17154)
Glen M. Pilié (#1539)
Jeffrey E. Richardson (#23273)
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Telephone: (504) 581-3234
*martin.stern@arlaw.com*
*glen.pilie@arlaw.com*
*Jeffrey.richardson@arlaw.com*

and
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.

Roy C. Cheatwood (No. 04010)
Monica a. Frois (No. 20187)
Matthew A. Woolf (No. 27146)
Tyler L. Weidlich (No. 30790)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Tel.: (504) 566-5200
Fax: (504) 636-4000
rcheatwood@bakerdonelson.com
mfrois@bakerdonelson.com
mwoolf@bakerdonelson.com
tweidlich@bakerdonelson.com

***Attorneys for Exxon Mobil Corporation***

LISKOW & LEWIS

/s/ George Arceneaux III
George Arceneaux III, T.A. (Bar No. 17442)
Brittan J. Bush (Bar No. 34472)
822 Harding St.
P.O. Box 52008
Lafayette, LA 70505
T. (337) 232-7424
F. (337) 267-2399
garceneaux@liskow.com
bjbush@liskow.com

Joe B. Norman (Bar #8160)
K. Todd Wallace (Bar #25920)
Kathryn Zainey Gonski (Bar #33442)
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
T. (504) 581-7979
F. (504) 556-4108
jbnorman@liskow.com
ktwallace@liskow.com
kzgonski@liskow.com

ARNOLD & PORTER LLP

Matthew T. Heartney (CA Bar No. 123516)
(*Pro Hac Vice*)
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
T. (213) 243-4150
matthew.heartney@aporter.com

-and-

ARNOLD & PORTER LLP

Nancy G. Milburn (NY Bar No. 1956554)
(*Pro Hac Vice*)
399 Park Avenue
New York, NY 10022-4690
Telephone: (212) 715-1008
nancy.milburn@aporter.com

***Attorneys for BP America Production Company, BP Oil Pipeline Company, BP Pipelines (North America) Inc., and Atlantic Richfield Company***

SLATTERY, MARINO & ROBERTS

/s/Gerald F. Slattery,Jr.
Gerald F. Slattery, Jr., T.A. (La. Bar Roll No. 12129)
David S. Landry (La. Bar Roll No. 25751)
Emile J. Dreuil, III (La. Bar Roll No. 29840)
Energy Centre, 1100 Poydras Street, Suite 1800
New Orleans, Louisiana 70163
Telephone: (504) 585-7800
Telecopier: (504) 585-7890

and

KEAN MILLER, LLP

Leonard L. Kilgore, III, T.A. (#7372)
Esteban Herrera, Jr. (#20859)
Mark Marionneaux (#29973)
Richard D. McConnell, Jr. (#29973)
Victor J. Suane, Jr. (#31337)
Erin P. Tadie (#33627)
II City Plaza, Suite 700
400 Convention Street
Post Office Box 3513
Baton Rouge, Louisiana 70821-3513
(225) 387-0999 (Telephone)
(225) 388-9133 (Facsimile)
len.kilgore@keanmiller.com
richard.mcconnell@keanmiller.com

***Attorneys for Defendant Energen Resources Corporation***

JONES WALKER LLP

/s/ Douglas C. Longman, Jr.
Douglas C. Longman, Jr. (#8719)
Carmen M. Rodriguez (#22573)
600 Jefferson St., Suite 1600
P. O. Box 3408
Lafayette, LA 70502-3408
Telephone: (337) 593-7600
Facsimile: (337) 593-7601

Grady S. Hurley (La. Bar #13913)
Jones Walker LLP
201 St. Charles Avenue, 48th Floor
New Orleans, LA 70170
Telephone: (504) 582-8224
Facsimile: (504) 589-8224

Robert C. Kirsch
Wilmer, Cutler, Pickering, Hale & Dorr, LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6779
Facsimile: (617) 526-5000
rob.kirsch@wilmerhale.com

Felicia H. Ellsworth
Wilmer, Cutler, Pickering, Hale & Dorr, LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6687
Facsimile: (617) 526-5000
felicia.ellsworth@wilmerhale.com

Paul R.Q. Wolfson
Wilmer, Cutler, Pickering, Hale & Dorr, LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
paul.wolfson@wilmerhale.com

Heather Zachary
Wilmer, Cutler, Pickering, Hale & Dorr, LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
heather.zachary@wilmerhale.com

***Attorneys for Apache Corporation***

LOCKE LORD LLP

*/s/ Jason M. Cerise*
Jason M. Cerise (28526)
Omer F. Kuebel, III (21682), T.A.
Monique M. Lafontaine (24557)
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130
Telephone (504) 558-5110
Facsimile (504) 681-5210
jcerise@lockelord.com

***Counsel for Defendant,***
***White Oak Operating, LLC***

GORDON, ARATA, MCCOLLAM, DUPLANTIS & EAGAN, LLC

*/s/ Terrence K. Knister*
Terrence K. Knister, T.A. (La. #7755)
Kelly Dussel Perrier (La. #32634)
201 St. Charles Avenue, 40th Floor
New Orleans, Louisiana 70170-4000
Telephone: (504) 582-1115
Facsimile: (504) 582-1121
tknister@gordonarata.com
kperrier@gordonarata.com

***Attorneys for Defendant, HKN, INC.***

JONES WALKER LLP

/s/ Douglas C. Longman, Jr.
Douglas C. Longman, Jr. (#8719)
Carmen M. Rodriguez (#22573)
600 Jefferson St., Suite 1600
P. O. Box 3408
Lafayette, LA 70502-3408
Telephone: (337) 593-7600
Facsimile: (337) 593-7601

Grady S. Hurley (La. Bar #13913)
Jones Walker LLP
201 St. Charles Avenue, 48th Floor
New Orleans, LA 70170
Telephone: (504) 582-8224
Facsimile: (504) 589-8224

***Attorneys for J.M. Huber Corporation***

BRADLEY MURCHISON KELLY & SHEA LLC

/s/ Stephen C. Fortson
Stephen C. Fortson (LSBA #28352)
Anna W. O'Neal (LSBA #34813)
401 Edwards Street, Suite 1000
Shreveport, Louisiana 71101
Telephone: (318) 227-1131
Facsimile: (318) 227-1141

***Attorneys for O'MEARA, L.L.C.***

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2014, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.

/s/ Jeremiah J. Anderson
Jeremiah J. Anderson