UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BOARD OF COMMISSIONERS OF THE SOUTHEAST LOUISIANA FLOOD PROTECTION AUTHORITY — EAST, INDIVIDUALLY AND AS THE BOARD GOVERNING THE ORLEANS LEVEE DISTRICT, THE LAKE BORGNE BASIN LEVEE DISTRICT, AND THE EAST JEFFERSON LEVEE DISTRICT, | * * * * * * * * | Civil Action No. 2:13-cv-05410<br><br>Section: G<br><br>Division: 3<br><br>Judge: Nannette Jolivette Brown<br><br>Magistrate: Daniel E. Knowles, III |
| Plaintiffs, | * * | |
| v. | * * | |
| TENNESSEE GAS PIPELINE COMPANY, LLC, et al., | * * * | |
| Defendants. | * * | |

**REQUEST FOR ORAL ARGUMENT ON DEFENDANTS'
MOTION TO DISMISS, DOC. 428, AND
PLAINTIFFS' RESPONSE, DOC. 447**

The undersigned Defendants respectfully request pursuant to L.R. 78.1 that oral argument be granted on Defendants' Joint Motion to Dismiss Because Plaintiffs' Claims Are Non-Justiciable and Fall Within the Primary Jurisdiction of Federal and State Agencies, Doc. 428, and Plaintiffs' Response, Doc. 447. This motion is presently set for submission on November 12, 2014 at 10:00 a.m. (Doc. 390; Doc. 428-2.) At the August 6, 2014 Status Conference, the Court and the parties selected November 12, 2014 at 10:00 a.m. as the hearing date and time for both Plaintiffs' Motion for Partial Summary Judgment (Doc. 380) and any motions to dismiss Defendants filed. Defendants therefore believe that that Doc. 428 is already set for oral hearing at November 12, 2014 at 10:00 a.m.

Nevertheless, out of an abundance of caution and for the clerk's records, Defendants respectfully request that oral argument on their Joint Motion to Dismiss Because Plaintiffs' Claims Are Non-Justiciable and Fall Within the Primary Jurisdiction of Federal and State Agencies, Doc. 428, and Plaintiffs' Response, Doc. 447, be set for November 12, 2014 at 10:00 a.m. or as soon thereafter as the Court may allow.

        Respectfully submitted,

        KING AND SPALDING LLP

        /s/ Robert E. Meadows
        Robert E. Meadows (*admitted pro hac vice*)
        Jeremiah J. Anderson (*admitted pro hac vice*)
        1100 Louisiana, Suite 4000
        Houston, Texas 77002
        Tel: (713) 751-3200
        Facsimile:  (713) 751-3290
        bmeadows@kslaw.com
        jjanderson@kslaw.com

        -and-

        KING AND SPALDING LLP (Washington)
        Ashley C. Parrish (*admitted pro hac vice*)
        1700 Pennsylvania Ave., N.W.
        Suite 200
        Washington, DC 20006-4706
        Tel: 202-737-0500
        aparrish@kslaw.com

        -and-

        Michael R. Phillips (#21020)
        KEAN MILLER LLP
        909 Poydras Street, Suite 1400
        New Orleans, Louisiana 70112
        Telephone:  (504) 585-3050
        Facsimile:  (504) 585-3951
        mike.phillips@keanmiller.com

        -and-

          L. Victor Gregoire (#22400)
Linda S. Akchin (#17904)
Charles S. McCowan, III (#19699)
Pamela Roman Mascari (#25162)
KEAN MILLER LLP
II City Plaza
400 Convention St., Suite 700
Post Office Box 3513 (70821)
Baton Rouge, Louisiana 70802
Telephone: (225) 387-0999
Facsimile: (225) 388-9133
victor.gregoire@keanmiller.com
linda.akchin@keanmiller.com
trey.mccowan@keanmiller.com
pam.mascari@keanmiller.com

***Attorneys for Chevron U.S.A. Inc.,
Chevron Pipeline Company,
Union Oil Company of California, and
Kewanee Industries, Inc.***

| | |
|---|---|
| CURRY & FRIEND, PLC | NEUNER PATE |
| /s/Meghan E. Smith<br>CHRISTOFFER C. FRIEND (#1888)<br>MOLLY STEELE (#32251)<br>LAURA C. COCUS (#31435)<br>MEGHAN E. SMITH (#34097)<br>Whitney Bank Building, Suite 1200<br>228 Saint Charles Avenue<br>New Orleans, Louisiana 70130<br>T. (504) 524-8556<br>F. (504) 524-8703<br>christofferfriend@curryandfriend.com<br>mollysteele@curryandfriend.com<br>lauracocus@curryandfriend.com<br>meghansmith@curryandfriend.com<br><br>***Attorneys for Placid Oil Company and Vintage Petroleum, LLC*** | /s/Ben L. Mayeaux<br>FRANK X. NEUNER, JR.#07674<br>BEN L. MAYEAUX #19042<br>KEVIN P. MERCHANT #24559<br>CLIFF A. LACOUR #30581<br>One Petroleum Center, Suite 200<br>1001 West Pinhook Road<br>Lafayette, Louisiana 70503<br>Post Office Drawer 52828<br>Lafayette, Louisiana 70505-2828<br>T. (337) 237-7000<br>F. (337) 233-9450<br><br>***Attorneys for EnLink LIG, LLC*** |
| JONES WALKER LLP | NEUNER PATE |
| */s/*Alida C. Hainkel<br>ALIDA C. HAINKEL, T.A.  (#24114)<br>LAUREN C. MASTIO  (#33077)<br>201 St. Charles Avenue, 49th Floor<br>New Orleans, Louisiana 70170-5100<br>T. (504) 582-8602<br>F. (504) 589-8602<br>ahainkel@joneswalker.com<br>lmastio@joneswalker.com<br><br>***Attorneys for Defendants,<br>McMoRan Exploration Co. and<br>PXP Producing Co., LLC*** | /s/ Brandon W. Letulier<br>Brandon W. Letulier #28657<br>Cliff A. LaCour #30581<br>One Petroleum Center, Suite 200<br>1001 West Pinhook Road<br>Lafayette, Louisiana 70503<br>T. (337) 237-7000<br>F. (337) 233-9450<br>bletulier@NeunerPate.com<br>clacour@NeunerPate.com<br><br>***Attorneys for Defendant Rozel Operating Company*** |
| STRONG PIPKIN BISSELL & LEDYARD, L.L.P. | FRILOT L.L.C. |
| /s/ John G. Bissell<br>John G. Bissell (Federal I.D.: 4562)<br>Michael Hendryx (Federal I.D.: 2956)<br>Jason C. McLaurin (LA No. 34675)<br>4900 Woodway Dr., Suite 1200<br>Houston, Texas 77056<br>T. (713) 651-1900<br>F. (713) 651-1920<br>jbissell@strongpipkin.com<br>mhendryx@strongpipkin.com<br>jmclaurin@strongpipkin.com<br><br>***Attorneys for Defendant<br>Mosbacher Energy Company*** | */s/* Kerry J. Miller<br>KERRY J. MILLER (#24562), T.A.<br>PAUL C. THIBODEAUX (#29446)<br>DANIEL J. DYSART (#33812)<br>1100 Poydras Street, Suite 3700<br>New Orleans, LA 70163<br>T. (504) 599-8000<br>F. (504) 599-8100<br>kmiller@frilot.com<br>pthibodeaux@frilo.com<br>ddysart@frilot.com<br><br>***Attorneys for Defendant,<br>Murphy Exploration & Production Company - USA*** |

| | |
|---|---|
| JONES WALKER LLP | LAPEYRE AND LAPEYRE, L.L.P. |
| | |
| /s/Carl D. Rosenblum | /s/ F. Henri Lapeyre, Jr. |
| CARL D. ROSENBLUM, T.A.  (#02083) | F. Henri Lapeyre, Jr. (APLC) |
| ALIDA C. HAINKEL  (#24114) | Louisiana Bar Roll No. 8035 |
| LAUREN C. MASTIO  (#33077) | Etienne C.  Lapeyre (APLC) |
| 201 St. Charles Avenue, 49th Floor | Louisiana Bar Roll No. 20169 |
| New Orleans, Louisiana 70170-5100 | 400 Magazine Street, Suite 304 |
| T. (504) 582-8296 | New Orleans, Louisiana 70130 |
| F. (504) 589-8296 | T. (504) 524-5152 |
| crosenblum@joneswalker.com | F. (504) 524-3321 |
| | lapeyre@att.net |
| ***Attorneys for Hilliard Oil and Gas, Inc.*** | |
| | ***Attorneys for Davis Oil Company*** |
| | |
| GRAY REED & McGRAW, P.C. | GRAY REED & McGRAW, P.C. |
| | |
| /s/ James J. Ormiston | /s/ Julie M. Palmer |
| James J. Ormiston, Trial Attorney | Julie M. Palmer, Trial Attorney |
| admitted *pro hac vice* | admitted *pro hac vice* |
| Michael A. Ackal, III | James J. Ormiston |
| admitted *pro hac vice* | admitted *pro hac vice* |
| Gabe T. Vick | Michael A. Ackal, III |
| admitted *pro hac vice* | admitted *pro hac vice* |
| 1300 Post Oak Blvd., Suite 2000 | Gabe T. Vick |
| Houston, Texas 77056 | admitted *pro hac vice* |
| T. (713) 986-7000 | 1300 Post Oak Blvd., Suite 2000 |
| F. (713) 986-7100 | Houston, Texas 77056 |
| jormiston@grayreed.com | T. (713) 986-7000 |
| mackal@grayreed.com | F. (713) 986-7100 |
| gvick@grayreed.com | jpalmer@grayreed.com |
| | jormiston@grayreed.com |
| and | mackal@grayreed.com |
| | gvick@grayreed.com |
| LARZELERE PICOU WELLS | |
| SIMPSON LONERO, LLC | and |
| | |
| Morgan J. Wells, Jr. (No. 18499) | LARZELERE PICOU WELLS |
| Evan J. Godofsky (No. 32471) | SIMPSON LONERO, LLC |
| Two Lakeway Center - Suite 1100 | |
| 3850 North Causeway Boulevard | Morgan J. Wells, Jr. (No. 18499) |
| Metairie, Louisiana  70002 | Evan J. Godofsky (No. 32471) |
| T. (504) 834-6500 | Two Lakeway Center - Suite 1100 |
| F. (504) 834-6565 | 3850 North Causeway Boulevard |
| mwells@lpwsl.com | Metairie, Louisiana  70002 |
| egodofsky@lpwsl.com | T. (504) 834-6500 |
| | F. (504) 834-6565 |
| ***Attorneys for Defendant Crawford Hughes Operating Company*** | mwells@lpwsl.com |
| | egodofsky@lpwsl.cocaskids |
| | |
| | ***Attorneys for Defendant*** |
| | ***Seneca Resources Corporation*** |

| | |
|---|---|
| KUCHLER POLK SCHELL<br>WEINER & RICHESON, L.L.C.<br><br>*/s/* Deborah D. Kuchler<br>Deborah D. Kuchler, T.A. (#17013)<br>Janika D. Polk (#27608)<br>Leigh Ann Schell (#19811)<br>Michele Hale DeShazo (#29893)<br>1615 Poydras Street, Suite 1300<br>New Orleans, LA  70112<br>T. 504-592-0691<br>F. 504-592-0697<br>dkuchler@kuchlerpolk.com<br>jpolk@kuchlerpolk.com<br>lschell@kuchlerpolk.com<br>mdeshazo@kuchlerpolk.com<br><br>***Counsel for ConocoPhillips Company, Continental Oil Company, and Louisiana Land and Exploration Company, LLC*** | KUCHLER POLK SCHELL<br>WEINER & RICHESON, L.L.C.<br><br>*/s/* Deborah D. Kuchler<br>Deborah D. Kuchler, T.A. (#17013)<br>Janika D. Polk (#27608)<br>Leigh Ann Schell (#19811)<br>Robert E. Guidry (#28064)<br>Michele Hale DeShazo (#29893)<br>1615 Poydras Street, Suite 1300<br>New Orleans, LA  70112<br>T. 504-592-0691<br>F. 504-592-0697<br>dkuchler@kuchlerpolk.com<br>jpolk@kuchlerpolk.com<br>lschell@kuchlerpolk.com<br>rguidry@kuchlerpolk.com<br>mdeshazo@kuchlerpolk.com<br><br>***Counsel for Anadarko E&P Onshore LLC*** |
| MONTGOMERY BARNETT, L.L.P.<br><br>/s/ John Y. Pearce<br>JOHN Y. PEARCE (Bar No. 10374), T.A.<br>EDWARD L. FENASCI (Bar No. 24793)<br>3300 Energy Centre<br>1100 Poydras Street<br>New Orleans, Louisiana  70163<br>T. (504)585-3200<br>F. (504) 585-7688<br>jpearce@monbar.com<br>tfenasci@monbar.com<br><br>***Attorneys for Whiting Oil and Gas Corporation*** | ADAMS AND REESE LLP<br><br>/s/ Martin A. Stern<br>Martin A. Stern (#17154)<br>Glen M. Pilié (#1539)<br>Jeffrey E. Richardson (#23273)<br>701 Poydras Street, Suite 4500<br>New Orleans, LA 70139<br>T. (504) 581-3234<br>martin.stern@arlaw.com<br>glen.pilie@arlaw.com<br>jeffrey.richardson@arlaw.com<br><br>***Counsel for Defendant, Exxon Mobil Corporation*** |

| | |
|---|---|
| STONE PIGMAN WALTHER WITTMANN L.L.C.<br><br>/s/ John Farnsworth<br>Barry W. Ashe, La. Bar No. 14056<br>John P. Farnsworth, La. Bar No. 26028<br>Justin P. Lemaire, La. Bar No. 29948<br>Brooke C. Tigchelaar, La. Bar No. 32029<br>546 Carondelet Street<br>New Orleans, Louisiana  70130-3588<br>Telephone:  (504) 581-3200<br>**bashe@stonepigman.com**<br>**jfarnsworth@stonepigman.com**<br>**jlemaire@stonepigman.com**<br>**btigchelaar@stonepigman.com**<br><br>***Attorneys for Noble Energy, Inc.*** | GIEGER, LABORDE & LAPEROUSE, LLC<br><br>/s/ Andrew A. Braun<br>Andrew A. Braun, T.A. (La. Bar #3415)<br>Caitlin J. Hill (La. Bar #34303)<br>701 Poydras Street, Suite 4800<br>New Orleans, Louisiana 70139-4800<br>T. (504) 561-0400<br>F. (504) 561-1011<br>abraun@glllaw.com<br>chill@glllaw.com<br><br>***Attorneys for Harvest Oil and Gas, LLC*** |
| SLATTERY, MARINO & ROBERTS<br><br>/s/Gerald F. Slattery,Jr.<br>Gerald F. Slattery, Jr., T.A. (La. Bar Roll No. 12129)<br>Emile J. Dreuil, III (La. Bar Roll No. 29840)<br>Energy Centre, 1100 Poydras Street, Suite 1800<br>New Orleans, Louisiana 70163<br>Telephone:  (504)  585-7800<br>Telecopier:  (504)  585-7890<br><br>***Attorneys for Defendant Chroma Operating, Inc.*** | |
| DANIEL C. HUGHES, APLC<br><br>/s/ Daniel C. Hughes<br>Daniel C. Hughes, Bar# 07075<br>126 Heymann Boulevard (70503)<br>P.O. Box 51595<br>Lafayette, LA 70505-1595<br>Telephone:         (337) 237-6566<br>Facsimile:          (337) 235-6355<br>Email:    Dan@hughesaplc.com<br><br>***Attorney for The Pickens Company, Inc.*** | /s/ George M. Gilly<br>George M. Gilly (#06234)<br>1001 Ochsner Blvd., Suite 200<br>Covington, Louisiana  70433<br>(985) 801-4300<br>(985) 801-4795<br>georgeg@llog.com<br><br>***Attorney for LLOG Exploration Company, L.L.C.*** |

| | |
|---|---|
| SCHONEKAS, EVANS, MCGOEY & MCEACHIN, LLC<br><br>  */s/* Kyle D. Schonekas<br>Kyle D. Schonekas, 11817<br>William P. Gibbens, 27225<br>Frances M. Montegut, 33288<br>909 Poydras Street, Suite 1600<br>New Orleans, Louisiana 70112<br>Telephone: (504) 680-6050<br>Kyle@semmlaw.com<br>Billy@semmlaw.com<br>Frannie@semmlaw.com<br><br><br>SHIPLEY SNELL MONTGOMERY LLP<br><br>George T. Shipley (*pro hac vice*)<br>Amy Snell (*pro hac vice*)<br>712 Main St., Ste. 1400<br>Houston, Texas 77002<br>T: (713) 652-5920<br>F: (713) 652-3057<br>gshipley@shipleysnell.com<br>asnell@shipleysnell.com<br><br>***Attorneys for CenterPoint Energy Resources Corp.*** | TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P.<br><br>/s/ Edward D. Hughes<br>John Michael Parker, Bar# 10321<br>Edward D. Hughes, Bar# 28617 (T.A.)<br>Paul O. Dicharry, Bar# 4928<br>Erin B. Sayes, Bar #34079<br>451 Florida Street, 8th Floor (70801)<br>P.O. Box 2471<br>Baton Rouge, LA 70821-2471<br>Telephone:      (225) 387-3221<br>Facsimile:        (225) 346-8049<br>Email:  mike.parker@taylorporter.com<br>             eddie.hughes@taylorporter.com<br>             paul.dicharry@taylorporter.com<br>             erin.sayes@taylorporter.com<br><br>***Attorneys for Defendants, Helis Oil & Gas Company, L.L.C., Helis Energy, L.L.C. and Estate of William G. Helis, Yuma Exploration and Production Co., Inc., and Source Petroleum, Inc.*** |
| LISKOW & LEWIS<br><br>*/s/* Jonathan A. Hunter<br>Jonathan A. Hunter, T.A. (#18619)<br>Kelly Brechtel Becker (#27375)<br>Elizabeth S. Wheeler (#21148)<br>One Shell Square<br>701 Poydras Street, Suite 5000<br>New Orleans, Louisiana 70139-5099<br>Telephone: (504) 581-7979<br>Facsimile: (504) 556-4108<br>jahunter@liskow.com<br>kbbecker@liskow.com<br>ewheeler@liskow.com<br><br>***Attorneys for Defendant Hess Corporation*** | LARZELERE PICOU WELLS<br>SIMPSON LONERO, LLC<br><br>/s/ Morgan J. Wells, Jr.<br>Morgan J. Wells, Jr., Trial Attorney (No. 18499)<br>Evan J. Godofsky (No. 32471)<br>Two Lakeway Center - Suite 1100<br>3850 North Causeway Boulevard<br>Metairie, Louisiana  70002<br>Telephone: (504) 834-6500<br>Facsimile:  (504) 834-6565<br>mwells@lpwsl.com<br>egodofsky@lpwsl.com<br><br>***Attorneys for Defendant CasKids Operating Company*** |

| | |
|---|---|
| LISKOW & LEWIS | ADAMS AND REESE LLP |
| /s/ R. Keith Jarrett | /s/Francis V. Liantonio, Jr. |
| R. Keith Jarrett (Bar #16984) | THOMAS G. O'BRIEN (#10149) |
| Mark L. McNamara (Bar #25170) | FRANCIS V. LIANTONIO, JR. (#19282) |
| Dana M. Douglas (Bar #26866) | JANE C. RAIFORD (#1274) |
| Kelly Brechtel Becker (Bar #27375) | GREGORY F. ROUCHELL (#28746) |
| One Shell Square | 701 Poydras Street, Suite 4500 |
| 701 Poydras Street, Suite 5000 | New Orleans, Louisiana 70139 |
| New Orleans, Louisiana 70139-5099 | Telephone: (504) 581-3234 |
| Telephone: (504) 581-7979 | Facsimile: (504) 566-0210 |
| Facsimile: (504) 556-4108 | Emails: Tom.Obrien@arlaw.com |
| rkjarrett@liskow.com | Frank.Liantonio@arlaw.com |
| mlmcnamara@liskow.com | Jane.Raiford@arlaw.com |
| dmdouglas@liskow.com | Greg.Rouchell@arlaw.com |
| kbbecker@liskow.com | |
| ***Attorneys for Shell Oil Company*** | ***Attorneys for Alta Mesa Services, LP and The Meridian Resource & Exploration LLC*** |

| KEAN MILLER LLP | McGUIREWOODS LLP |
|---|---|
| /s/ Leonard L. Kilgore, III | /s/ Ronald G. Franklin |

Leonard L. Kilgore, III, T.A. (#7372)  
Esteban Herrera, Jr. (#20859)  
Mark Marionneaux (#21743)  
Richard D. McConnell, Jr. (#29973)  
Victor J. Suane, Jr. (#31337)  
Erin P. Tadie (#33627)  
II City Plaza, Suite 700  
400 Convention Street (70802)  
Post Office Box 3513  
Baton Rouge, Louisiana 70821-3513  
Telephone:  (225) 387-0999  
Facsimile:  (225) 388-9133  
len.kilgore@keanmiller.com  
esteban.herrera@keanmiller.com  
mark.marionneaux@keanmiller.com  
richard.mcconnell@keanmiller.com  
victor.suane@keanmiller.com  
erin.tadie@keanmiller.com  

-and-

KEAN MILLER LLP

Richard S. Pabst (#17736)  
Brett P. Fenasci (#29858)  
909 Poydras Street, Suite 3600  
New Orleans, Louisiana  70112  
Telephone:  (504) 585-3050  
Facsimile:  (504) 585-3051  
richard.pabst@keanmiller.com  
brett.fenasci@keanmiller.com  

***Attorneys for Callon Offshore Production, Inc., Callon Petroleum Company, EOG Resources, Inc., Enterprise Intrastate LLC, EP Energy Management, L.L.C., Marathon Oil Company, Williams Exploration Company, Sun Oil Company, and Devon Energy Production Company, L.P.***

Ronald G. Franklin *(Admitted Pro Hac Vice)*  
JPMorgan Chase Tower  
600 Travis Street  
Suite 7500  
Houston, Texas 77002-2906  
(832) 214-9942 (Telephone)  
(713) 571-9652 (Facsimile)  
rfranklin@mcguirewoods.com  

Angela M. Spivey *(Admitted Pro Hac Vice)*  
1230 Peachtree Street, NE  
Promenade II, Suite 2100  
Atlanta, Georgia  30309-3534  
(404) 443-5720 (Telephone)  
(404) 443-5792 (Facsimile)  
aspivey@mcguirewoods.com  

R. Trent Taylor *(Admitted Pro Hac Vice)*  
One James Center  
901 East Cary Street  
Richmond, Virginia  23219-4030  
(804) 775-1182 (Telephone)  
(804) 225-5409 (Facsimile)  
rtaylor@mcguirewoods.com  

-and-

KEAN MILLER LLP

Leonard L. Kilgore, III, T.A. (#7372)  
Esteban Herrera, Jr. (#20859)  
Mark Marionneaux (#29973)  
Richard D. McConnell, Jr. (#29973)  
Victor J. Suane, Jr. (#31337)  
Erin P. Tadie (#33627)  
II City Plaza, Suite 700  
400 Convention Street  
Post Office Box 3513  
Baton Rouge, Louisiana  70821-3513  
(225) 387-0999 (Telephone)  
(225) 388-9133 (Facsimile)  
len.kilgore@keanmiller.com  
richard.mcconnell@keanmiller.com  

Richard Pabst (#17736)  
Brett P. Fenasci (#29858)  
909 Poydras Street, Suite 1400  
New Orleans, Louisiana  70112  
(504) 585-3050  
richard.pabst@keanmiller.com  

***Counsel for Devon Energy Production Company, L.P.***

| | |
|---|---|
| GUGLIELMO, LOPEZ, TUTTLE, HUNTER & JARRELL | KEOGH, COX & WILSON, LTD. |

GUGLIELMO, LOPEZ, TUTTLE, HUNTER & JARRELL

/s/ James T. Guglielmo
James T. Guglielmo #6417
306 E. North Street
P O Drawer 1329
Opelousas LA  70571-1299
337-948-8201

-and-

WALL, BULLINGTON & COOK

Jonathan R. Cook (#25629)
Guy E. Wall (#7718)
540 Elmwood Park Blvd.
New Orleans LA  70123
504-736-0347

*Attorneys for Liberty Oil & Gas Corporation*

KEOGH, COX & WILSON, LTD.

/s/ John P. Wolff, III
John P. Wolff, III, #14504
Nancy B. Gilbert, #23095
Christopher K. Jones, #28101
Richard W. Wolff, #34844
Mark T. Assad, #35029
701 Main Street
Post Office Box 1151
Baton Rouge, Louisiana 70821
Telephone: (225) 383-3796
Telecopier: (225) 343-9612
jwolff@kcwlaw.com
ngilbert@kcwlaw.com
cjones@kcwlaw.com
rwolff@kcwlaw.com
massad@kcwlaw.com

*Attorneys for Sundown Energy, LP*

KEAN MILLER LLP

/s/ Bradley J. Schlotterer
Bradley J. Schlotterer (#24211)
Dylan T. Thriffiley (#31995)
909 Poydras Street, Suite 3600
New Orleans, LA  70112
Telephone:  (504) 585-3050
Facsimile:   (504) 585-3051

*Attorneys for Newfield Exploration Company*

BLUE WILLIAMS, L.L.P.

/s/ Scott A. Soule
Scott A. Soule – Bar #20379
Emily C. Canizaro – Bar #31101
Josephine A. Hood – Bar #33894
1060 West Causeway Approach
Mandeville, LA  70471
Telephone:  (504) 830-4977
Facsimile:   (504) 849-3883
ssoule@bluewilliams.com
ecanizaro@bluewilliams.com
jhood@bluewilliams.com

*Attorney for Defendant*
*Republic Mineral Corporation*

| | |
|---|---|
| PREIS PLC<br>(A Professional Law Corporation)<br><br>/s/Robert M. Kallam<br>ROBERT M. KALLAM (#20242)<br>JENNIFER A. WELLS (#26549)<br>102 Versailles Blvd., Suite 400<br>Post Office Drawer 94-C<br>Lafayette, Louisiana 70509<br>Telephone:    337.237.6062<br>Facsimile:     337.237.9129<br>rmk@preisplc.com<br>jaw@preisplc.com<br><br>-and-<br><br>LAW OFFICE OF STEPHEN D. BAKER<br><br>STEPHEN D. BAKER (#2705)<br>412 West University Ave., Suite 101<br>Lafayette, LA  70506<br>Telephone:  (337) 235.8298<br>Facsimile (337) 235.8307<br>sdbaker10@hotmail.com<br><br>***Counsel for Clayton Williams Energy, Inc.*** | PHELPS DUNBAR LLP<br><br>/s/ Steven J. Levine<br>Steven J. Levine, Bar Roll No. 14139<br>John B. Shortess, Bar Roll No. 26513<br>Kevin W. Welsh, Bar Roll No. 35380<br>II City Plaza \| 400 Convention Street, Suite 1100<br>Baton Rouge, Louisiana 70802-5618<br>Post Office Box 4412<br>Baton Rouge, Louisiana 70821-4412<br>Telephone: 225-346-0285<br>Facsimile: 225-381-919<br>Email:   levines@phelps.com<br>john.shortess@phelps.com<br>kevin.welsh@phelps.com<br><br>-and-<br><br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br><br>Michael J. Lyle (*admitted pro hac vice*)<br>Eric C. Lyttle (*admitted pro hac vice*)<br>777 6th Street, 11th Floor<br>Washington, DC 20001<br>Telephone: (202) 538-8000<br>Facsimile:  (202) 538-8100<br>mikelyle@quinnemanuel.com<br>ericlyttle@quinnemanuel.com<br><br>***Attorneys for Defendants***<br>***Koch Exploration Company, LLC and***<br>***Koch Industries, Inc.*** |

LISKOW & LEWIS

/s/ Robert B. McNeal
ROBERT B. McNEAL (Bar No. 14211)
One Shell Square
701 Poydras St. Suite 5000
New Orleans, LA 70139-5099
Telephone:  (504) 581-7979
Facsimile:  (504) 556-4108
rbmcneal@liskow.com

MICHAEL P. CASH (Bar No. 31655)
First City Tower
1001 Fannin Street
Houston, TX 77002-6756
Telephone:  (713) 651-2900
Facsimile:  (713) 651-2908
mcash@liskow.com

JAMIE D. RHYMES (Bar No. 24621)
822 Harding Street
Lafayette, LA 70503
Telephone:  (337) 232-7424
Facsimile:  (447) 267-2399
jdrhymes@liskow.com

*Attorneys for Exxon Mobil Corporation, Exxon Mobil Pipeline Corporation, Collins Pipeline Company, and Moem Pipeline, LLC*

-and-

ADAMS AND REESE LLP

Martin A. Stern (#17154)
Glen M. Pilié (#1539)
Jeffrey E. Richardson (#23273)
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Telephone:  (504) 581-3234
*martin.stern@arlaw.com*
*glen.pilie@arlaw.com*
*Jeffrey.richardson@arlaw.com*

and

BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.

Roy C. Cheatwood (No. 04010)
Monica a. Frois (No. 20187)
Matthew A. Woolf (No. 27146)
Tyler L. Weidlich (No. 30790)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Tel.:  (504) 566-5200
Fax:  (504) 636-4000
rcheatwood@bakerdonelson.com
mfrois@bakerdonelson.com
mwoolf@bakerdonelson.com
tweidlich@bakerdonelson.com

*Attorneys for Exxon Mobil Corporation*

LISKOW & LEWIS

/s/ George Arceneaux III
George Arceneaux III, T.A. (Bar No. 17442)
Brittan J. Bush (Bar No. 34472)
822 Harding St.
P.O. Box 52008
Lafayette, LA 70505
T.  (337) 232-7424
F. (337) 267-2399
garceneaux@liskow.com
bjbush@liskow.com

Joe B. Norman (Bar #8160)
K. Todd Wallace (Bar #25920)
Kathryn Zainey Gonski (Bar #33442)
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
T. (504) 581-7979
F. (504) 556-4108
jbnorman@liskow.com
ktwallace@liskow.com
kzgonski@liskow.com

ARNOLD & PORTER LLP

Matthew T. Heartney (CA Bar No. 123516)
(*Pro Hac Vice*)
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
T. (213) 243-4150
matthew.heartney@aporter.com

-and-

ARNOLD & PORTER LLP

Nancy G. Milburn (NY Bar No. 1956554)
(*Pro Hac Vice*)
399 Park Avenue
New York, NY 10022-4690
Telephone:  (212) 715-1008
nancy.milburn@aporter.com

*Attorneys for BP America Production Company, BP Oil Pipeline Company, BP Pipelines (North America) Inc., and Atlantic Richfield Company*

| | |
|---|---|
| SLATTERY, MARINO & ROBERTS | BRADLEY MURCHISON KELLY & SHEA LLC |

SLATTERY, MARINO & ROBERTS

/s/Gerald F. Slattery,Jr.
Gerald F. Slattery, Jr., T.A. (La. Bar Roll No. 12129)
David S. Landry (La. Bar Roll No. 25751)
Emile J. Dreuil, III (La. Bar Roll No. 29840)
Energy Centre, 1100 Poydras Street, Suite 1800
New Orleans, Louisiana 70163
Telephone:  (504)  585-7800
Telecopier:  (504)  585-7890

and

KEAN MILLER, LLP

Leonard L. Kilgore, III, T.A. (#7372)
Esteban Herrera, Jr. (#20859)
Mark Marionneaux (#29973)
Richard D. McConnell, Jr. (#29973)
Victor J. Suane, Jr. (#31337)
Erin P. Tadie (#33627)
II City Plaza, Suite 700
400 Convention Street
Post Office Box 3513
Baton Rouge, Louisiana  70821-3513
(225) 387-0999 (Telephone)
(225) 388-9133 (Facsimile)
len.kilgore@keanmiller.com
richard.mcconnell@keanmiller.com

***Attorneys for Defendant Energen Resources Corporation***

BRADLEY MURCHISON KELLY & SHEA LLC

/s/ Stephen C. Fortson
Stephen C. Fortson (LSBA #28352)
Anna W. O'Neal (LSBA #34813)
401 Edwards Street, Suite 1000
Shreveport, Louisiana 71101
Telephone: (318) 227-1131
Facsimile:  (318) 227-1141

***Attorneys for O'MEARA, L.L.C.***

| | |
|---|---|
| BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC | LOCKE LORD LLP |
| /s/ Tyler L. Weidlich | /s/ Jason M. Cerise |
| Roy C. Cheatwood (#4010)<br>Nancy Scott Degan (#1819)<br>Tyler L. Weidlich (#30790)<br>201 St. Charles Avenue, Suite 3600<br>New Orleans, Louisiana 70170<br>Telephone: (504) 566-5200<br>Facsimile: (504) 636-4000 | Jason M. Cerise (28526)<br>Omer F. Kuebel, III (21682), T.A.<br>Monique M. Lafontaine (24557)<br>601 Poydras Street, Suite 2660<br>New Orleans, Louisiana 70130<br>Telephone (504) 558-5110<br>Facsimile (504) 681-5210<br>jcerise@lockelord.com |
| *Attorneys for Defendant*<br>*Cox Operating, LLC* | *Counsel for Defendant,*<br>*White Oak Operating, LLC* |

GORDON, ARATA, MCCOLLAM, DUPLANTIS & EAGAN, LLC

/s/ Terrence K. Knister
Terrence K. Knister, T.A. (La. #7755)
Kelly Dussel Perrier (La. #32634)
201 St. Charles Avenue, 40th Floor
New Orleans, Louisiana 70170-4000
Telephone: (504) 582-1115
Facsimile: (504) 582-1121
tknister@gordonarata.com
kperrier@gordonarata.com

*Attorneys for Defendant, HKN, INC*.

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2014, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.

/s/ Jeremiah J. Anderson
Jeremiah J. Anderson