UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BOARD OF COMMISSIONERS OF THE SOUTHEAST LOUISIANA FLOOD PROTECTION AUTHORITY – EAST, et al | CIVIL ACTION |
| VERSUS | NO. 13-5410 |
| TENNESSEE GAS PIPELINE COMPANY, LLC, et al. | SECTION: "G"(1) |

### ORDER

On September 5, 2014, Defendant P.R. Rutherford filed a "Motion to Dismiss for Failure to State a Claim."[1] According to the motion, P.R. Rutherford is an individual who passed away in 1983 and, because he is deceased, has no capacity to be sued under the applicable law.[2] On September 18, 2014, Rutherford filed an "Ex Parte Motion for Hearing,"[3] wherein he requests a hearing regarding his Motion to Dismiss. On September 19, 2014, the Court granted Rutherford's Ex Parte Motion for Hearing and set oral argument for November 12, 2014 at 10:00 a.m.[4]

On September 30, 2014, Plaintiffs filed a "Notice of Voluntary Dismissal Without Prejudice,"[5] wherein they "voluntarily dismiss P.R. Rutherford, without prejudice, each party to bear its respective attorneys' fees and costs."[6] Plaintiffs state that "pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, defendant P.R. Rutherford may be dismissed without order of the

---

[1] Rec. Doc. 417.

[2] Rec. Doc. 417-1 at p. 2.

[3] Rec. Doc. 438

[4] Rec. Doc. 440.

[5] Rec. Doc. 441.

[6] *Id.*

Court."[7] Plaintiffs argue that as of September 30, 2014, no defendant in this matter has filed an answer or a motion for summary judgment.[8]

Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure provides that, "subject to Rules 23(e), 23.1(c), 23.2, 66, and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."[9]  Rules 23(e), 23.1(c), and 23.2 apply only to class actions;[10] Rule 66 governs an action in which the appointment of a receiver is sought or a receiver sues or is sued.[11] Neither Rule is applicable here, since this litigation is neither a class action nor involves the appointment of a receiver. No federal statutes appear to bar Plaintiffs' "Notice of Voluntary Dismissal Without Prejudice."[12]

Considering that the present motion is not subject to the exceptions provided in Rule

---

[7] *Id.*

[8] *Id.*

[9] Fed. R. Civ. P. 41(a)(1)(A)(i).

[10] *See* Fed. R. Civ. P. 23.

[11] Fed. R. Civ. P. 66.

[12] Rec. Doc. 441.

2

41(a)(1)(A)(i), and considering that no Defendant in this matter filed an answer or a motion for summary judgment[13] as of September 30, 2014, the date of plaintiffs' Notice of Voluntary Dismissal,

**IT IS HEREBY ORDERED** that all of Plaintiff's claims against defendant P.R. Rutherford are **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that Defendant P.R. Rutherford's "Motion to Dismiss for Failure to State a Claim"[14] and "Ex Parte Motion for Hearing"[15] are **DENIED AS MOOT**.

**NEW ORLEANS, LOUISIANA**, on this  10th  day of October, 2014.

**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**

---

[13] The Court notes that Plaintiffs filed a Motion for Partial Summary Judgment Regarding Louisiana Act 544 on August 6, 2014 (Rec. Doc. 389).

[14] Rec. Doc. 417.

[15] Rec. Doc. 438.