UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BOARD OF COMMISSIONERS OF THE SOUTHEAST LOUISIANA FLOOD PROTECTION AUTHORITY – EAST, INDIVIDUALLY AND AS THE BOARD GOVERNING THE ORLEANS LEVEE DISTRICT, THE LAKE BORGNE BASIN LEVEE DISTRICT, AND THE EAST JEFFERSON LEVEE DISTRICT, <br><br> Plaintiffs <br><br> v. <br><br> TENNESSEE GAS PIPELINE COMPANY, LLC, ET AL., <br><br> Defendants. | Civil action no. 2:13-cv-05410 <br><br> Section: G <br><br> Division: 3 <br><br> Judge: Nannette Jolivette Brown <br><br> Magistrate: Daniel E. Knowles, III |

## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING LOUISIANA ACT 544

The plaintiffs—the Board of Commissioners of the Southeast Louisiana Flood Protection Authority-East, individually ("SLFPA-E"), and as the board governing the Orleans Levee District, the Lake Borgne Basin Levee District, and the East Jefferson Levee District ("the Levee Districts")—move this Court for leave to file a reply memorandum in support of their motion for partial summary judgment on defenses under 2014 Louisiana Act No. 544 ("Act 544"). R. Doc. 389. Previously, this Court ordered that "any reply memorandum regarding Plaintiff's 'Motion for Partial Summary Judgment Regarding Act 544' must be filed by October 15, 2014." R. Doc. 390. Upon review of the arguments by defendants in their opposition memoranda,[1] the plaintiffs believe that a brief reply will assist the Court in framing the issues to be resolved. Accordingly,

---

[1] Two substantive oppositions were filed by defendants—an opposition on behalf of 62 named defendants ("the joint defendants"), R. Doc. 442 ("the joint defendants' opposition"), and an opposition on behalf of defendants BEPCO, L.P. and BOPCO, L.P. (collectively, "Bopco"), R. Doc. 445 ("the Bopco opposition"). Seven other defendants filed memoranda joining in or adopting one or those oppositions. R. Docs. 443, 444, 448, 450, 451, 459.

1

the plaintiffs seek leave to file the attached reply, within the page limits under this Court's rules and within the time limit set forth in R. Doc. 390.

Wherefore, the plaintiffs request that this Court grant leave for filing the attached reply memorandum into the record of this matter.

Respectfully Submitted,

*/s/ H.S. Bartlett III*_____
Gladstone N. Jones, III
(gjones@jonesswanson.com)
Attorney Identification No. 22221
Bernard E. Boudreaux
(bboudreaux@jonesswanson.com)
Attorney Identification No. 2219
Eberhard D. Garrison
(egarrison@jonesswanson.com)
Attorney Identification No. 22058
Kevin E. Huddell
(khuddell@jonesswanson.com)
Attorney Identification No. 26930
Emma Elizabeth Antin Daschbach
(edaschbach@jonesswanson.com)
Attorney Identification No. 27358
H.S. Bartlett III
(tbartlett@jonesswanson.com)
Attorney Identification No. 26795
**Jones, Swanson, Huddell & Garrison, L.L.C.**
601 Poydras St., Suite 2655
New Orleans, Louisiana 70130
Telephone: (504) 523-2500
Facsimile: (504) 523-2508

James R. Swanson
(jswanson@fishmanhaygood.com)
Attorney Identification No. 18455
Brent B. Barriere
(bbarriere@fishmanhaygood.com)
Attorney Identification No. 2818
Benjamin D. Reichard
(breichard@fishmanhaygood.com)
Attorney Identification No. 31933
**Fishman, Haygood, Phelps, Walmsley Willis & Swanson, L.L.P.**

J. Michael Veron
(mike@veronbice.com)
Attorney Identification No. 7570
J. Rock Palermo III
(rock@veronbice.com)
Attorney Identification No. 21793
Alonzo P. Wilson
(lon@veronbice.com)
Attorney Identification No. 13547
Turner D. Brumby

2

| | |
|---|---|
| 201 St. Charles Ave. | (turner@veronbice.com) |
| Suite 4600 | Attorney Identification No. 33519 |
| New Orleans, Louisiana 70170 | Ashley E. Philen |
| Telephone: (504) 586-5252 | (ashleyphilen@gmail.com) |
| Facsimile: (504) 586-5250 | Attorney Identification No. 31285 |
| | **Veron, Bice, Palermo & Wilson, L.L.C.** |
| | 721 Kirby St. (70601) |
| | P.O. Box 2125 |
| | Lake Charles, Louisiana 70602 |
| | Telephone: (337) 310-1600 |
| | Facsimile: (337) 310-1601 |

*Counsel for the Plaintiffs*


## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2014, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system, which will send a notice of the electronic filing to the counsel of record for Defendants.

                                                                 **/s/ H.S. Bartlett III**