UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BOARD OF COMMISSIONERS OF THE SOUTHEAST LOUISIANA FLOOD PROTECTION AUTHORITY – EAST, INDIVIDUALLY AND AS THE BOARD GOVERNING THE ORLEANS LEVEE DISTRICT, THE LAKE BORGNE BASIN LEVEE DISTRICT, AND THE EAST JEFFERSON LEVEE DISTRICT | * * * * * | CIVIL ACTION NO. 13-5410 <br><br> JUDGE JOLIVETTE BROWN <br><br> MAGISTRATE KNOWLES |
| v. | * | |
| TENNESSEE GAS PIPELINE COMPANY, LLC, ET AL | * | |
| ****************************************** | * | |

# **O R D E R**

The foregoing Joint Motion for Order of Dismissal with Prejudice having been duly considered,

**IT IS ORDERED BY THE COURT** that for good cause shown, the foregoing Joint Motion for Order of Dismissal With Prejudice should be and the same hereby is **GRANTED**, and that White Oak Operating Co., LLC and Chroma Operating, Inc. are dismissed from this litigation with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this __30th__ day of _____October_____, 2014.

_Nannette Jolivette Brown_
**UNITED STATES DISTRICT JUDGE**