UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BOARD OF COMMISSIONERS OF THE SOUTHEAST LOUISIANA FLOOD PROTECTION AUTHORITY – EAST, et al | CIVIL ACTION |
| VERSUS | NO. 13-5410 |
| TENNESSEE GAS PIPELINE COMPANY, LLC, et al. | SECTION: "G"(1) |

## ORDER

Before the Court is Defendants' *ex parte* "Motion for Leave to File Response to Amicus Brief."[1] On December 19, 2014, several law professors filed an *ex parte* " Motion for Leave to File Amicus Brief."[2] That motion was marked as deficient by the Clerk of the Court for failure to file a memorandum in support, and it accordingly terminated. It has not been refiled.

Considering that Defendants' pending *ex parte* motion seeks permission to respond to an *amicus* brief that was never properly before the Court,

**IT IS HEREBY ORDERED** that Defendants' "Ex Parte Motion for Leave to File Response to Amicus Brief"[3] is **DENIED**.

**NEW ORLEANS, LOUISIANA**, on this __6th__ day of January, 2015.

**NANNETTE JOLIVETTE BROWN
UNITED STATES DISTRICT JUDGE**

---

[1] Rec. Doc. 505.

[2] Rec. Doc. 501.

[3] Rec. Doc. 505.